IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re* Application of<br>ATIKU ABUBAKAR<br><br>For an Order Directing Discovery from<br>CHICAGO STATE UNIVERSITY Pursuant to<br>28 U.S.C. § 1782. | )<br>)<br>)<br>) Case No. 1:23-cv-5099<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER DIRECTING DISCOVERY FROM
CHICAGO STATE UNIVERSITY PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of the application for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 ("Application") submitted by Atiku Abubakar ("Applicant"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application. It is therefore:

**ORDERED** that the Application is granted, and that Applicant is hereby authorized to serve this Order, all papers submitted herewith, and the subpoenas attached to the Application as Exhibit 1 and 2 upon Chicago State University ("CSU"); and it is further

**ORDERED** that CSU will produce documents pursuant to the Subpoena *Duces Tecum*, attached to the Application as Exhibit 1, by August 23, 2023 at 5:00 p.m. CDT or such other date as the court orders to Dechert LLP at 35 West Wacker Drive, Suite 3400, Chicago, Illinois 60601, in accordance with the guidelines outlined in the attachment to the Subpoena; and it is further

**ORDERED** that CSU will designate a representative or representatives to appear for a deposition pursuant to the Subpoena *Ad Testificandum*, attached to the Application as Exhibit 2, at the offices of Dechert LLP at 35 West Wacker Drive, Suite 3400, Chicago, IL 60601, which will take place on August 30, 2023 at 9:00 a.m. CDT or such other date as the court orders, and which will be recorded by video and stenographically by a company engaged in such services, to be designated by Applicants; and it is further

**ORDERED** that this Court will retain jurisdiction over this matter for further proceedings as may be necessary to enforce this Order.

**IT IS SO ORDERED**.

Date: _____, 2023

_____
Judge, Northern District of Illinois