# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re Application of ATIKU ABUBAKAR

Case Number: 1:23-cv-5099

An appearance is hereby filed by the undersigned as attorney for:
ATIKU ABUBAKAR

Attorney name (type or print): Angela M. Liu

Firm: DECHERT LLP

Street address: 35 West Wacker Drive, Suite 3400

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6299353
(See item 3 in instructions)

Telephone Number: 312-646-5800

Email Address: angela.liu@dechert.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 2, 2023

Attorney signature: S/ Angela M. Liu
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015