# EXHIBIT A

# IN THE CHIEF MAGISTRATE COURT OF THE FCT
## IN THE ABUJA MAGISTERIAL DISTRICT
### HOLDEN AT ABUJA

BETWEEN:



CASE NO:- CR/12/2022

**MIKE ENAHORO-EBAH**

**COMPLAINANT**

AND

**BOLA AHMED TINUBU**

**DEFENDANT**

## DIRECT CRIMINAL COMPLAINT
### (BROUGHT PURSUANT TO SECTIONS 88 (1), 89 (3), 109 (A), 110 (C) AND 115 (1) (B) AND 119 OF THE ADMINISTRATION OF CRIMINAL JUSTICE ACT, 2015; AND UNDER THE INHERENT JURISDICTION AND POWERS OF THE HON-OURABLE COURT SECURED BY SECTION 6(6)(a) OF THE CONSTITUTION OF THE FEDERAL REPUBLIC OF NIGERIA, 1999 AS AMENDED)

**THIS** Direct Criminal Complaint is lodged against the Defendant, **BOLA AHMED TIN-UBU** of No: 2, Justice Lawal Uwais Street, Beside Lagos State Government Lodge Annex, Asokoro District, Abuja - FCT, as follows:

1. On or about the 17th day of June, 2022, at the Head Quarters of Independent National Electoral Commission (INEC), at Plot 436 Zambezi Crescent, Maitama District, Abuja, within the Jurisdiction of this Honourable Court, the Defendant, BOLA AHMED TINUBU, presented and/or submitted a forged document (Chicago State University Certificate) to the Independent National Electoral Commission (INEC), knowing it to be forged and with intent that it may in anyway be used or acted upon as genuine, thereby committed the offence of **Forgery** contrary to **Sections 362(a), 363 and 364 of the Penal Code Act, Cap. 532, Laws of the Federal Capital Territory, Abuja.**

## PARTICULARS OF THE COMPLAINT/OFFENCE

1. The Complainant is a Legal Practitioner of over fifteen (15) years standing at the Niger-ian Bar, a Human Rights Defender and Public Interest Litigator, who is presently the Managing Principal of Enaharo & Associates, a law firm based in Abuja-FCT.

2. The Complainant is a citizen of Nigeria, and who, like every other citizen of Nigeria, has the Constitutional duty to help to enhance the power, prestige and good name of Nigeria and as well as render assistance to appropriate lawful agencies in the maintenance of law and order.

3. The Complainant, as a Legal Practitioner, is ethically obligated to promote and foster the cause of justice in Nigeria.

4. Premised on the above facts, the Complainant is duty bound to expose the commission of crime(s) by any person, including the Defendant, Public Officials, Agencies or Institutions howsoever described, whose acts could embarrass and dent the prestige and good name of Nigeria.

5. Consequently, the Complainant has brought this Direct Criminal Complaint against the Defendant.

6. The Defendant is the Presidential Candidate of All Progressives Congress (APC) for the 2023 Presidential Election in Nigeria who, on the 17th day of June 2022, in line with the requirement of the Electoral Act, submitted his sworn **FORM EC9 (AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS - Particulars of persons seeking election to the office of President of the Federal Republic of Nigeria)** to Independent National Electoral Commission (INEC).

7. The above information was made public and available to the media on the 17th day of June, 2022, by the Defendant's media office signed by Mr. Tunde Rahman, which informed the Complainant's request to INEC on the 13th day of July, 2022, for the issuance of Certified True Copies (CTC) of the Defendant's Form for Nomination of President - EC13A and EC 9 - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and all other documents submitted to INEC for the 2023 Presidential Election in Nigeria slated for the 25th day of February, 2023.

8. The Independent National Electoral Commission (INEC), deliberately refused to issue the Complainant the requested documents as above, which led to filing *SUIT NO:FHC/ABJ/CS/1337/2022; BETWEEN MIKE ENAHORO-EBAH vs. INEC,* at the Federal High Court, Abuja, Court 6, Presided over by *His Lordship, Honourable Justice D. U. Okorowo.*

9. Eventually, on the 15th day of August, 2022, the Independent National Electoral Commission (INEC) issued to the Complainant Certified True Copies (CTC) of the Defendant's Form for Nomination of President - EC13A and EC 9 - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and all other documents submitted to INEC by the Defendant, including: National Youth Service Corps Certificate and Chicago State University Certificate.

10. Upon receipt of Defendant's Form for Nomination of President - EC13A, particularly EC 9 - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and all other documents submitted to INEC by the Defendant, and upon thorough perusal of the documents particularly the supposed Chicago State University Certificate attached to the Form EC-9, the Complainant consequently caused a request to be made to the said school to obtain all documents and school records pertaining to the Defendant. The re

quest to Chicago State University was made through a Colleague, Matthew J. Kowals of Leahy, Eisenberg & Fraenkel, Ltd, a law firm based in Chicago, United States of America.

11. Matthew J. Kowals, issued an Attorney Subpoena on behalf of the Complainant against Chicago State University in **Case/Court No: 22-L-007289**, filed on the 12th day of August 2022, headed the **Circuit Court of Cook County, Illinois,** directing the University to mail to Counsel all documents and school records pertaining to the Defendant in their possession and custody.

12. In compliance with the Subpoena issued, Chicago State University wrote a letter dated the 22nd day of September 2022, addressed to Matthew J. Kowals, and enclosed therein "all the records" the school have pertaining to the Defendant. The Records/Documents released include:

    I.   Copy of Chicago State University Certificate,
    II.   Copy of Academic Records,
    III.  Copy of Undergraduate Admission Application Form,
    IV.  Copy of University of Cambridge General Certificate of Education,
    V.   Copy of Southwest College Transcript (Now City College of Chicago).

13. Curiously, the information contained in the documents and school records received from Chicago State University contradict material information provided by the Defendant in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and documents attached thereto, submitted to INEC.

14. The following are some of the information found in the documents and school records obtained from Chicago State University pertaining to the Defendant which contradict material depositions contained in Defendant's sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC:

    I.   The Bola Tinubu that attended Chicago State University was born in 1954 and not 1952 as claimed by the Defendant on oath in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC.

    II.  The Tinubu that attended Chicago State University indicated in his Undergraduate Admission Application Form that he is an American Citizen (Black American) while the Defendant, in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC at paragraphs 9, 10, 11, 12 indicated that he was a Nigerian citizen only and has never acquired the citizenship of another Country or pledged allegiance to any other country.

HIGH COURT OF FCT
CTA
NAME _____ MYC
RANK _____
SIGN _____
DATE _____

III. The Tinubu that attended Chicago State University indicated in his Undergraduate Admission Application Form that he graduated from Government College, Lagos, in 1970, while the Defendant in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC provided no information as to his attendance of the said Government College Lagos.

IV. In support of the Defendant's Undergraduate Admission Application Form submitted to Chicago State University in 1977, was a transcript from Southwest College, Chicago, bearing the name "TINUBU BOLA .A." which belonged to a **"FEMALE"**. The Defendant in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC indicated that he is a **MAN**.

15. Most importantly, the copy of the Chicago State University Certificate belonging to Bola A. Tinubu released pursuant to the said Subpoena served on Chicago State University, is radically different from the copy attached to the Defendant's sworn **Form EC-9 - AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS,** submitted to INEC on the 17th day of June, 2022.

16. A direct comparison of both Certificates reveal the following:

I. Different dates of issue by the University (22nd day of June 1979 and 27th day of June 1979),
II. Different University logo on both Certificates,
III. Different sentences and/or grammatical construction on faces of Certificates,
IV. Different signatures for Chairman, Board of Trustees, on both Certificates,
V. Different signatures for President of the University, on both Certificates,
VI. Different font type used in the writing of both Certificates,
VII. The copy of the Certificate obtained from Chicago State University, contain only two (2) signatures belonging to the Chairman, Board of Trustees and President of the University. No other party signed, unlike the one submitted to INEC by the Defendant which was signed by a third person.

17. Based on the obvious contradictions, the Complainant verily believes that the Defendant submitted a forged Chicago State University Certificate dated 22nd June 1979 to INEC with the intention of causing INEC to believe that said certificate was genuine for the purpose of qualification for election to the office of President.

18. The Complainant, as a citizen of Nigeria, saddled with the Constitutional duty to help to enhance the power, prestige and good name of Nigeria and as well as render assistance to appropriate lawful agencies in the maintenance of law and order, has now lodged this Direct Criminal Complaint alleging **Forgery** against the Defendant.

HIGH COURT OF FCT
CT9
NAME
RANK
SIGN

19. It is in the best interest of Nigeria, justice and equity to issue Criminal summons to ensure the Defendant's attendance to answer to this Complaint.

20. The Complainant verily believes that the Defendant who is within the Jurisdiction and District of the Federal Capital Territory, Abuja, is likely to leave the jurisdiction and district within the next Forty-Eight (48) Hours if not summoned by the Honourable Court to appear immediately.

21. The Honourable Court has the statutory and inherent powers to direct that the Defendant be brought to answer to this Complaint.

22. This Direct Criminal Complaint is made in good faith and in the interest of justice.

Dated this 9th day of November, 2022

..............................................
Mike Enahoro-Ebah, Esq.
**ENAHORO & ASSOCIATES**
Suite 202, First floor, Fortune Plaza,
No. 8, Nairobi Street, Off Aminu Kano Crescent,
Wuse II, Abuja, FCT.
Tel: +2348065200546,
E-mail: mikeebah@nigerianbar.ng;
mykzolo@hotmail.com



# IN THE CHIEF MAGISTRATE COURT OF THE FCT
## IN THE ABUJA MAGISTERIAL DISTRICT
### HOLDEN AT ABUJA

**BETWEEN:**

CASE NO:- .......................

**MIKE ENAHORO-EBAH**                           .....                    **COMPLAINANT**

**AND**

**BOLA AHMED TINUBU**                           .....                    **DEFENDANT**

## VERIFYING AFFIDAVIT
## IN SUPPORT OF DIRECT CRIMINAL COMPLAINT

I, Mike Enahoro-Ebah, Male, Christian, Legal Practitioner and Nigerian Citizen of Suite 202, First floor, Fortune Plaza, No. 8, Nairobi Street, Off Aminu Kano Crescent, Wuse II, Abuja, FCT do hereby make Oath and state as follows: THAT

1. I am the Complainant in this Direct Criminal Complaint.

2. I am a Legal Practitioner of above fifteen (15) years standing at the Nigerian Bar, Human Rights Defender and Public Interest Litigator, presently the Managing Principal of Enahoro & Associates, a law firm based in Abuja-FCT.

3. I am a citizen of Nigeria, and like every other citizen of Nigeria, I have the Constitutional duty to help to enhance the power, prestige and good name of Nigeria and as well as render assistance to appropriate lawful agencies in the maintenance of law and order.

4. That as a Legal Practitioner, I am obligated to promote and foster the cause of justice in Nigeria.

5. Premised on the above facts, I verily believe that I am duty bound to expose the commission of crime(s) by any person, including the Defendant, Public Officials, Agencies or institutions howsoever described, whose acts could embarrass and dent the prestige and good name of Nigeria.

6. Consequently, I have filed this Direct Criminal Complaint against the Defendant.

7. I hereby verify the facts contained in this Direct Criminal Complaint as true and correct to the best of my knowledge.

HIGH COURT OF FCT
NAME _____ 10/11/22
RANK _____
SIGN _____
DATE _____

8. The Defendant is the Presidential Candidate of the All Progressives Congress (APC) for the 2023 Presidential Election in Nigeria who, on the 17th day of June, 2022, in line with the requirement of the law, submitted his sworn **FORM EC9 (AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS - Particulars of persons seeking election to the office of President of the Federal Republic of Nigeria)** to the Independent National Electoral Commission (INEC).

9. The above information was made public and available to the media on the 17th day of June, 2022, by the Defendant's media office signed by Mr. Tunde Rahman, which informed my request/application to INEC on the 13th day of July, 2022, for the issuance of Certified True Copies (CTC) of the Defendant's Form for Nomination of President - EC13A and EC 9 - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and all other documents submitted to INEC for the 2023 Presidential Election in Nigeria slated for the 25th day of February, 2023. Find attached herewith an acknowledged copy of the said Letter dated the 13th day of July, 2022, marked as **EXHIBIT 1.**

10. The Independent National Electoral Commission (INEC), deliberately refused to issue me the requested documents as above, which led to filing *SUIT NO:FHC/ABJ/CS/1337/2022; BETWEEN MIKE ENAHORO-EBAH vs. INEC,* at the Federal High Court, Abuja, Court 6, Presided over by *His Lordship, Honourable Justice D. U. Okorowo.*

11. Eventually, on the 15th day of August, 2022, the Independent National Electoral Commission (INEC) issued to me Certified True Copies (CTC) of the Defendant's Form for Nomination of President - EC13A and EC 9 - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and all other documents submitted to INEC by the Defendant, including: NYSC Certificate of National Service and Chicago State University Certificate. Find attached herewith CTC of Form EC-9, CTC of Chicago State University Certificate submitted to INEC by the Defendant as well as INEC's letter of approval for issuance of CTC and Receipt of payment dated 15th day of August 2022, marked as **EXHIBITS 2, 3, 4 & 5** respectively.

12. Upon receipt of Defendant's Form for Nomination of President - EC13A, particularly EC 9 - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and all other documents submitted to INEC by the Defendant, and upon thorough perusal of the documents particularly the supposed Chicago State University Certificate attached to EC-9, been suspicious, I caused a request to be made to the said school to obtain all documents and school records pertaining to the Defendant. The request to Chicago State University was made through a Colleague, Matthew J. Kowals of Leahy, Eisenberg & Fraenkel, Ltd, a law firm based in Chicago, United States of America.

13. Matthew J. Kowals, issued an Attorney Subpoena on my behalf against Chicago State University in **Case/Court No: 22-L-007289,** filed on the 12th day of August, 2022, headed the **Circuit Court of Cook County, Illinois,** directing the University to mail to Counsel all documents and school records pertaining to the Defendant in their posses-

sion and custody. Find attached copy of Counsel Subpoena issued against Chicago State University in **Case/Court No: 22-L-007289**, filed on the 12th day of August, 2022, marked as **EXHIBIT 6.**

14. In compliance with the Subpoena issued, Chicago State University wrote a letter dated the 22nd day of September, 2022, addressed to Matthew J. Kowals, and enclosed therein "all the records" the school has pertaining to the Defendant. Find attached copy of the letter dated the 22nd day of September, 2022, addressed to Matthew J. Kowals marked as **EXHIBIT 7.**

15. The Records/Documents enclosed in Chicago State University letter dated the 22nd day of September, 2022, include:

    I.  Copy of Chicago State University Certificate (**EXHIBIT 8**),
    II.  Copy of Academic Records (**EXHIBIT 9**),
    III.  Copy of Undergraduate Admission Application Form (**EXHIBIT 10**),
    IV.  Copy of University of Cambridge General Certificate of Education (**EXHIBITS 11**),
    V.  Copy of Southwest College Transcript (Now City College of Chicago) (**EXHIBIT 12**).

16. Curiously, the information contained in the documents and school records received from Chicago State University contradict material information provided by the Defendant in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** and documents attached thereto, submitted to INEC.

17. The following are some of the information found in the documents and school records obtained from Chicago State University pertaining to the Defendant which contradict material depositions contained in Defendant's sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC:

    I.  The Tinubu that attended Chicago State University was born in 1954 and not 1952 as claimed by the Defendant in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC.

    II.  The Tinubu that attended Chicago State University indicated in his Undergraduate Admission Application Form that he is an American Citizen (Black American) while the Defendant, in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC, indicated that he is a Nigerian citizen only and has never acquired the citizenship of another Country or pledged allegiance to any other country.

    III.  The Tinubu that attended Chicago State University indicated in his Undergraduate Admission Application Form that he graduated from Government College, Lagos, in 1970, while the Defendant in his sworn **Form EC-9 AF-**

**FIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC failed to supply information as to his attendance of the said school.

IV. In support of the Defendant's Undergraduate Admission Application Form submitted to Chicago State University in 1977, was a transcript from Southwest College, Chicago, bearing the name "TINUBU BOLA .A." which belonged to a **"FEMALE"**. The Defendant in his sworn **Form EC-9 AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS** submitted to INEC, indicated that he is a **MAN.**

18. Most importantly, the copy of Chicago State University Certificate issued to one Bola A. Tinubu, made available to me vide the said Subpoena by Chicago State University, is radically different in form, content and character from the copy attached to the Defendant's sworn **Form EC-9** - **AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS,** submitted to INEC on the 17th day of June, 2022.

19. A direct comparison of both Certificates reveal the following:

    I. Different dates of issue of the Certificate by the University (22nd June 1978 and 27th June 1979),

    II. Different University logo on both Certificates,

    III. Different sentences and/or grammatical construction on faces of Certificates,

    IV. Different signatures for Chairman, Board of Trustees, on both Certificates,

    V. Different signatures for President of the University, on both Certificates,

    VI. Different font type used for both Certificates,

    VII. The copy of the Certificate obtained from Chicago State University, contain only two (2) signatures belonging to the Chairman, Board of Trustees and President of the University. No other party signed, unlike the one submitted to INEC by the Defendant which was signed by a third party.

20. Based on the above differences between the two Certificates, I verily believe that the Defendant submitted a forged Chicago State University Certificate to INEC on or about the 17th day of June 2022.

21. As a citizen of Nigeria, saddled with the Constitutional duty to help to enhance the power, prestige and good name of Nigeria and as well as render assistance to appropriate lawful agencies in the maintenance of law and order, I have now filed a Direct Criminal Complaint alleging **Forgery** against the Defendant as per the Chicago State University Certificate submitted and/or presented to INEC on the 17th day of June 2022.

22. It is in the best interest of Nigeria, justice and equity to issue Criminal Complaint against the Defendant and order criminal summons to ensure his attendance to this Complaint.

23. I verily believe that the Defendant who is within the Jurisdiction and District of the Federal Capital Territory, Abuja, is likely to leave the Jurisdiction and District within the

next Forty-Eight (48) Hours if not summoned by this Honourable Court to appear immediately.

24. I verily believe that this Honourable Court has the statutory and inherent powers to direct that the Defendant be brought to answer to this Complaint.

25. This Direct Criminal Complaint is made in good faith.

26. I swear to this verifying affidavit in good faith, conscientiously believing its contents to be true and in accordance with the Oaths Act.

..........................
**DEPONENT**

Sworn to at the
Registry of the Magistrate Court, Abuja
This ................. day of November, 2022

**BEFORE ME**

..........................
**COMMISSIONER FOR OATHS**



# ENAHORO & ASSOCIATES

### Legal Practitioners and Consultants

EN-2298214

13th July, 2022

**THE SECRETARY**
Independent National Electoral Commission (INEC),
Plot 436 Zambezi Crescent,
Maitama District,
FCT, Abuja.

Dear Sir,

## APPLICATION FOR CERTIFIED TRUE COPIES (CTC) OF NOMINATION FORMS EC13A AND EC 9 – AFFIDAVIT AND ALL OTHER DOCUMENT SUBMITTED THERETO BY OR ON BEHALF OF ASIWAJU BOLA AHMED TINUBU THE PRESIDENTIAL CANDIDATE OF APC

We are a Firm of Solicitors and Public Interest Litigators desirous of obtaining, pursuant to Section 29 (4) of the Electoral Act, 2022, and Section 2 of the Freedom of Information Act, 2011, copies of Nomination Forms EC13A, EC 9, Affidavits and all other documents submitted by and on behalf of Asiwaju Bola Ahmed Tinubu, the Presidential Candidate of All Progressives Congress (APC) for the 2023 Presidential Election.

We undertake to pay all fees incidental in the production of the above stated copies.

Whilst awaiting a timely response from you, please be assured of our commitment to justice delivery as always.

Yours faithfully,
FOR: *ENAHORO & ASSOCIATES*

**Mike Enahoro-Ebah, Esq.**
(Managing Principal/Lead Counsel)





Suite 202, No. 8, Nairobi Street, Off Aminu Kano Street, Wuse II, Abuja - FCT
Website: www.enalawservices.com; E-mail: enquiries@enalawservices.com; mike@enalawservices.com
Phone Number: +2348085200546

EC



# INDEPENDENT NATIONAL ELECTORAL COMMISSION
### Plot 436 Zambezi Crescent, Maitama District, Abuja



## AFFIDAVIT IN SUPPORT OF PERSONAL PARTICULARS

Particulars of persons seeking election to the office/membership of:

INEC
2023 GENERAL ELECTION
RECIEVED
17/6/22
SIGN

PRESIDENT ☑   VICE PRES. ☐   GOV. ☐   DEP. GOV. ☐

SEN ☐   REPS. ☐   SHA ☐   CHAIRMAN A/C ☐

VICE CHAIRMAN ☐   COUNCILLOR A/C ☐

*Tick as appropriate*

CONSTITUENCY: _____ Nigeria _____   CODE: _____ PR/01 _____

STATE: _____ NIGERIA _____   CODE: _____ 38 _____

FCT: _____   CODE: _____

HIGH COURT OF FCT
NAME _____
RANK _____
SIGN _____
09/11/22

. Nationality:

EC

NIGERIA

10. Have you voluntarily in the past changed Nationality? YES ☐ NO ☑

If Yes, what was your former Nationality?

11. Have you voluntarily acquired citizenship of any other country? If Yes, which country? YES ☐ NO ☑

12. Have you made a declaration of allegiance to that or any other country? If Yes, specify the country. YES ☐ NO ☑

(Attach evidence)

INEC
2023 GENERAL ELECTION
RECIEVED
DATE 17/8/22
SIGN

HIGH COURT OF FCT
NAME
RANK
SIGN
DATE

## SCHOOLS ATTENDED / EDUCATIONAL QUALIFICATIONS WITH DATES

*(Attach evidence of all educational qualifications)*

| SN | SCHOOL | QUALIFICATION | YEAR |
|---|---|---|---|
| 1 | PRIMARY | | 0000 |
| 2 | SECONDARY | | 0000 |
| 3 | HIGHER | BSC BUSINESS AND ADMINISTRATION | 1979 |

## D (i). WORKING EXPERIENCE WITH DATES

| NAME OF EMPLOYER | PERIOD OF WORK | REASON FOR LEAVING (PLEASE ATTACH EVIDENCE) |
|---|---|---|
| MOBIL OIL NIG PLS | 1983-1992 | POLITICS |
| NATIONAL ASSEMBLY (SEN) | 1993 | MILITARY INTERVENTION |
| LAGOS STATE (GOVERNOR) | 1999-2007 | END OF TWO TENURES |

*(stamp:)* INEC 2023 GENERAL ELECTION RECIEVED DATE 17/6/2022 SIGN

ii. Have you ever been dismissed from the Public Service of the Federation, State or Local Government / Area Council? If Yes, give details.    YES [ ]    NO [✓]

_____

_____

_____

_____

*(stamp:)* HIGH COURT OF FCT CTC NAME ___ RANK ___ SIGN ___ DATE ___ 10/11/22

## GENERAL

EC

1. Have you ever been adjudged a lunatic or declared to be of unsound mind? If Yes, give details.

YES ☐  NO ☑

_____

_____

_____

2. Are you under a sentence of death, imprisonment or fine, for any offence involving dishonesty or fraud or any offence imposed by a Court or Tribunal? If Yes, give details.

YES ☐  NO ☑

_____

_____

> **INEC**
> 2023 GENERAL ELECTION
> **RECIEVED**
> DATE 01/6/02......
> SIGN .................

3. Have you in the last 10 years been convicted and/or sentenced for an offence or dishonesty? If Yes, give details.

YES ☐  NO ☑

_____

_____

_____

4. Have you ever been involved in any bankruptcy proceedings? If Yes, give details.

YES ☐  NO ☑

_____

_____

_____

5. Have you ever been convicted by the Code of Conduct Tribunal? If Yes, give details.

YES ☐  NO ☑

_____

_____

_____

TRUE COPY
ABUJA

HIGH COURT OF FCT
NAME _____
RANK _____
SIGN _____

EC

6. Have you ever presented forged Certificate(s) to INEC? If Yes, give details.

YES ☐ NO ☑

_____

_____

_____

_____

7. Do you or have you ever belonged to a Secret Society? If Yes, give details.

YES ☐ NO ☑

_____

_____

_____

**INEC**
2023 GENERAL ELECTION
RECIEVED
DATE 17/6/22
SIGN

8. Give any information about your person.

NATIONAL LEADER OF ALL PROGRESSIVES CONGRESS

_____

_____

_____

_____

HIGH COURT OF FCT
NAME
RANK
SIGN

**F.    DECLARATION BEFORE A COMMISSIONER FOR OATHS IN THE HIGH COURT**

I hereby declare that all the answers, facts and particulars I have given in this Form are true and correct, and I have, to the best of my knowledge, fulfilled all the requirements for qualification for the office I am seeking to be elected.

_____

DEPONENT

Sworn to at the (State/High Court) Registry ............... FCT ...............

This ......... 14th ......... Day of ......... June ......... 20 ... 22

INEC
2023 GENERAL ELECTION
BUSINESS
DATE: 17/6/22
SIGN ...........................

14/6/2022

_____

COMMISSIONER FOR OATHS

JUDICIARY
HIGH COURT
OF THE FEDERAL
CAPITAL TERRITORY
N. 95489

RW—Z/2368/99
Rdu—14/6/2022

HIGH COURT OF FCT
NAME ...............
RANK ...............
SIGN ...............
06/11/22

# Chicago State University

On the recommendation of the faculty of the

## College of Business

and under the authority of the Board of Trustees of Chicago State University has conferred upon

### Bola A. Usulor

the degree of

## Bachelor of Science

### Business and Administration

#### With Honors

with all the rights, honors, and privileges pertaining thereto.

In testimony whereof, the undersigned officers of Chicago State University have affixed their signatures together with the Seal of the University in witness thereof this Diploma is granted this twenty-second day of June, A.D. 1979.

_For the Chancellor_

_President_

_Kobliste A. Carekka_

_For the Board of Trustees_

_Chairman of the Board_

CHICAGO STATE UNIVERSITY

INEC
2023 GENERAL ELECTION
RECIEVED
DATE .17/6/22
SIGN .......

HIGH COURT OF FCT
ETC
NAME
RANK
SIGN
DATE

INDEPENDENT NATIONAL ELECTORAL COMMISSION

*Ref. No.* INEC/LEG/CTCG/36/7

*Date:* 15/8/2022

Greshm & Associates
202 first flr,
8 Nairobi street,
Wuse 11, Abuja



## ISSUANCE OF CERTIFIED TRUE COPIES OF DOCUMENTS

Your request for Certified True Copies of the attached documents refers.

2.     Kindly acknowledge receipt of the certified documents as requested.

A.u.Miaggo

For: Director, Legal Drafting & Clearance

Original copy of CTC collected by:

i.   Name: Mike Greshm-ebeh

ii.  Designation: legal practitioner

iii. Signature: 

iv.  Date: 15/2/2022

v.   GSM No. 08065200546



HIGH COURT OF FCT
CTC
NAME
RANK
SIGN
DATE 10/11/22



**INDEPENDENT NATIOANL ELECTORAL COMMISSION (INEC)**

ORIGINAL

*Official Receipt*

No. 046190

Date: 15-08-202_

Received from: ENAHORO & ASSOCIATES

the sum of: One thousand Naira only

being: Payment for CTC of Nomination Forms EC13 and EC9. Affidavit and all other Document submitted
That to by or on Behalf of Asiwaju Bola Ahmed Tinubu the presidential candidate of APC

₦1,000 :=K

INDEPENDENT NAT. ELECT
Cashier
Officer
DATE: 15-08-202_

HIGH COURT OF FCT
CTC
NAME _____
RANK _____
SIGN _____
DATE _____ 10/11/22

FILED DATE: 8/12/2022 2:17 PM   2022L007289

y Division Initial Case Management Dates will be heard via ZOOM.
more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
mote Court date: No hearing information was found.

FILED
8/12/2022 2:17 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007289
Calendar, B
19068898

Subpoena in a Civil Matter (For Testimony and/or Documents)          (12/01/20) CCG 0106 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Mike Enahoro Ebah, et al

Plaintiff/Petitioner

v.

University of Chicago et al

Case No. ___2022L007289___

Defendant/Respondent

## SUBPOENA IN A CIVIL MATTER
(For Testimony and/or Documents)

To:    Chicago State University

9501 S. King Dr., Cook Admin Room 128

Chicago, IL, 60628

1.    YOU ARE COMMANDED to appear to give your testimony before the

Honorable _____ *" in Room _____ ,

_____ , Illinois on _____

at _____   AM    PM

2,    YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public

at: _____

_____ in Room _____ ,

_____ , Illinois on _____

at _____   AM    PM

3.   YOU ARE COMMANDED to mail the following documents in your possession or control

to _Leahy, Eisenberg & Fraenkel_    at _33 W. Monroe, Ste. 1100, Chicago, IL 60603_ .

on or before _9/11/22_ at _5:00_   AM  ● PM

(THIS IS FOR RECORDS ONLY.  THERE WILL BE NO ORAL INTERROGATORIES.):

See attached rider.

᠁  Description continued on attached page(s).

Your failure to respond to this subpoena will subject you to punishment for contempt of this Court.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2



Subpoena in a Civil Matter (For Testimony and/or Documents)          (12/01/20) CCG 0106 B

Notice to Deponent:

1. : The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows:

_____

_____

Description continued on attached page(s).
   (A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

2. : The deponent's testimony will be recorded by use of an audio-visual recording device, operated

by _____ .
              (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

⁕ Atty. No.: _____
Pro Se 99500

Name: Leahy, Eisenberg & Fraenkel Ltd

Atty. for (if applicable):

Petitioners                                      Issued by: /s/ Matthew J. Kowals

Address: 33 W. Monroe, Ste 1100                                          Signature
                                                 ⁕ Attorney      Clerk of Court
City: Chicago
                                         Date: 8/11/22
State: Il.    Zip: 60603

Telephone: 312 368 4554

Primary Email: mjk@lefltd.com


I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a) (2),

to _____

(Receipt # _____) by certified mail, return receipt requested

witness and mileage fees. _____) on _____. I paid the witness $ _____ for

I served this subpoena by handing a copy to Caleb Westberg

on 8/18/2022. I paid the witness $ 25,00 for witness and mileage fees.

/s/ _____        James W. Contreio
       (Signature of Server)                      (Print Name)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois          10/11/22
                       cookcountyclerkofcourt.org
                            Page 2 of 2

HIGH COURT OF FCT
         CTC
NAME _____ M.I.S
RANK _____
SIGN _____
DATE _____

FILED DATE: 8/12/2022 2:17 PM    2022L007289

## SUBPOENA RIDER

Any and all records pertaining to the admission of Bola Ahmed Tinubu, date of birth alleged to be 03/29/1952, Social Security No. 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 or 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, as a student Chicago State University, including but not limited to his application for admittance at the University and all documents submitted to the University for consideration of his admittance; any and all records pertaining to the acceptance by Chicago State University of Bola Ahmed Tinubu as a student at the University, including but not limited to any correspondence or documentation evidencing his admittance as a student to the Chicago State University; any and all documents pertaining to any degrees attained by Bola Ahmed Tinubu from the Chicago State University or issued by the Chicago State University; and, in general, any documentation tending to prove that Bola Ahmed Tinubu was admitted as a student at the Chicago State University and attended school at Chicago State University as a student of the university, and/or any document evidencing that Bola Ahmed Tinubu did not attend, and/or was not admitted to, Chicago State University.

HIGH COURT OF FCT
C.T.C
NAME
RANK
SIGN
DATE 10/11/22



# CHICAGO STATE
# UNIVERSITY

September 22, 2022

To Matthew J. Kowals:

Please be advised that Bola A. Tinubu attended Chicago State University from August 1977 - June 1979. He was awarded a Bachelor of Science degree in Business Administration with Honors on June 22, 1979.

The enclosed documentation is all the records we have for Bola A. Tinubu. We do not have a record of any documentation for a: passport, visa, social security card, or driver's license. Additionally, we do not have a record of how tuition was paid during his time of attendance.

Respectfully,

Caleb Westberg
Registrar
Office of Records and Registration
9501 South King Drive - ADM 128
Chicago, IL 60628
773-995-2517 (phone)
773-995-3618 (fax)
CSU-Registrar@csu.edu

9501 S. King Drive
Chicago, IL 60628
773.995.2000

HIGH COURT OFF FCT
NAME _____
RANK _____
SIGN _____
DATE _____

csu.edu

# Chicago State University

On the recommendation of the faculty of the

### College of Business

and under the authority of the Board of Trustees, Chicago State University has conferred upon

## Bola A. Timuthu

the degree of

## Bachelor of Science

### Business and Administration
#### With Honors

with all the rights, honors and privileges pertaining thereto.

In testimony whereof, the undersigned officers of Chicago State University have affixed their signatures together with the seal of the University. In witness thereof, this diploma is granted

this twenty-seventh day of June, A.D. 1979.



_President of the University_



_Chairperson, Board of Trustees_

HIGH COURT OF FCT
CTC
NAME
RANK
SIGN
DATE



# ChicagoStateUniversity—Academic Record

9900    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

OFFICE OF THE REGISTRAR
95TH ST. AT KING DRIVE
CHICAGO, ILLINOIS 60628-1890
BOLA A TINUBU
205
7424 SOUTH SHORE DR
CHICAGO                         IL 60649

DATE OF BIRTH - 03/29/54
ILL ST & US CONSTITUTION
REQUIREMENT MET: YES

PAGE   1                         01/30/97

| COURSE/NUMBER | COURSE TITLE | CR. HRS. | GRADE |
|---|---|---|---|
| TOT TRN CR ACC 027.00 SH | | | |
| **FALL 77** | | | |
| TERM EARNED 27.00 GDPT | | 0.0 GPA 0.00 | |
| CSU EARNED 0.00 GDPT | | 0.0 GPA 0.00 | |
| CUM EARNED 27.00 GDPT | | 0.0 GPA 0.00 | |
| SOUTHWEST | | 76-77 027.00 SH | |
| | | | |
| **FALL 77** | | | |
| ECON 102 | PRIN OF ECON II | 3 | A |
| HIST 131 | US HIST SINCE 1877 | 3 | B |
| MATH 151 | PRE-CALCULUS I | 3 | A |
| ACCT 212 | COST ACCOUNTING | 3 | A |
| ACCT 292 | BUSINESS LAW II | 3 | A |
| TERM EARNED 15.00 GDPT | | 57.0 GPA 3.80 | |
| CSU EARNED 15.00 GDPT | | 57.0 GPA 3.80 | |
| CUM EARNED 42.00 GDPT | | 57.0 GPA 3.80 | |
| | | | |
| **WINTER 78** | | | |
| MATH 152 | PRE-CALCULUS II | 3 | B |
| ACCT 213 | INTERMED ACCT I | 3 | A |
| FIN 265 | BUSINESS LAW I | 3 | A |
| INSY 136 | FINANCIAL MANAGEMENT | 3 | A |
| MKTG 275 | INT COMPUTER INF SYS | 3 | A |
| TERM EARNED 18.00 GDPT | MARKET MANAGEMENT | 3 | A |
| CSU EARNED 33.00 GDPT | | 69.0 GPA 3.83 | |
| CUM EARNED 60.00 GDPT | | 126.0 GPA 3.82 | |
| | | 126.0 GPA 3.82 | |
| | | | |
| **SPRING 78** | | | |
| ART 130 | PHOTOGRAPHY I | 3 | B |
| ACCT 214 | INTERMED ACCT II | 3 | C* |
| MGMT 250 | MANAGE OF ORGANIZATN | 3 | A |
| TERM EARNED 6.00 GDPT | | 21.0 GPA 3.50 | |
| CSU EARNED 39.00 GDPT | | 147.0 GPA 3.77 | |
| CUM EARNED 66.00 GDPT | | 147.0 GPA 3.77 | |
| | | | |
| **SUMMER 78** | | | |
| PSYC 263 | SOCIAL PSYCHOLOGY | 3 | A |
| ACCT 214 | INTERMED ACCT II | 3 | B |
| ACCT 315 | ADVANCED ACCOUNTING | 3 | B |
| MGMT 104 | PROB ANAL/DECIS MAKE | 3 | A |
| TERM EARNED 12.00 GDPT | | 42.0 GPA 3.50 | |
| CSU EARNED 51.00 GDPT | | 189.0 GPA 3.71 | |
| CUM EARNED 78.00 GDPT | | 189.0 GPA 3.71 | |
| ACCT 214 REG 785 REPEATED 787 | | | |

| COURSE/NUMBER | COURSE TITLE | CR. HRS. | GRADE |
|---|---|---|---|
| **FALL 78** | | | |
| ECON 206 | PRICE & ALLOC THEORY | 3 | B |
| ENG 127 | COMPOSITION I | 3 | C |
| MATH 214 | INTRO TO FINITE MATH | 3 | B |
| ACCT 316 | ACC STANDARD AC/PROF | 3 | C |
| ACCT 317 | AUDITING | 3 | W |
| MGMT 209 | SMALL BUS MGMT | 3 | A |
| TERM EARNED 15.00 GDPT | | 42.0 GPA 2.80 | |
| CSU EARNED 66.00 GDPT | | 231.0 GPA 3.50 | |
| CUM EARNED 93.00 GDPT | | 231.0 GPA 3.50 | |
| | | | |
| **WINTER 79** | | | |
| ECON 230 | QUAN ANALYS BUS/EC | 3 | A |
| ENG 126 | COMPOSITION II | 3 | B |
| ACCT 293 | FEDERAL INCOME TAX | 3 | A |
| ACCT 317 | AUDITING | 3 | A |
| ACCT 325 | INT AUDITING | 3 | A |
| INSY 226 | DECISION ANAL | 3 | A |
| TERM EARNED 18.00 GDPT | | 69.0 GPA 3.83 | |
| CSU EARNED 84.00 GDPT | | 300.0 GPA 3.57 | |
| CUM EARNED 111.00 GDPT | | 300.0 GPA 3.57 | |
| | | | |
| **SPRING 79** | | | |
| ENG 279 | BUSINESS WRITING | 3 | B |
| MATH 209 | BASIC CALCULUS | 3 | B |
| POL 321 | PRIN PUBLIC ADMIN | 3 | B |
| ACCT 394 | ADV FED INCOME TAX | 3 | W |
| P E 117 | TENNIS | 1 | W |
| TERM EARNED 9.00 GDPT | | 27.0 GPA 3.00 | |
| CSU EARNED 93.00 GDPT | | 327.0 GPA 3.52 | |
| CUM EARNED 120.00 GDPT | | 327.0 GPA 3.52 | |
| DEGREE REQUIREMENTS COMPLETED | | | |
| WITH HONORS | | | |
| DATE:     JUNE 22 1979 | | | |
| DEGREE:   BACH OF SCI IN BUS&ADM | | | |
| MAJOR:    ACCOUNTING | | | |
| CURRICULUM: BUSINESS & ADMIN | | | |
| BSBA0679 | | | |

EXHIBIT
B

In accordance with the Family Educational Rights and Privacy Act of 1974, information from his transcript may not be released to a third party without written consent of the student.

Explanatory legend and authenticity confirmation information on back.

**CHICAGO STATE UNIVERSITY**
THIS RECORD IS NOT OFFICIAL UNLESS IT BEARS A SIGNATURE
AND SEAL OF THE UNIVERSITY

HIGH COURT OF FCT
CTC
NAME .........  M-IC
RANK .........        10/11/22
SIGN .........
DATE

4410

TINUBU, BOLA A.
7345 S. Shore Dr. – APT. 304
CHGO., IL 60649 Soc. Sec. No. 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 Term 9-77 T Major ACCOUNTING

Student No. 752-0810

**FORMER NAMES**

| | Not Received | | Received | |
|---|---|---|---|---|
| | By | Date | By | Date |
| Control Card | | | | |
| Folder Code 9-727 | | | | |
| ReSEARCH | | | | |
| High School Transcript | | | A2 8-24 | |
| College Transcripts SOUTHWest | | | ILS 5/23 | |
| assessment | | | | |
| Medical | | | | |
| Discharge Papers | | | | |
| G.P.A. Evaluation | | | | |
| ACK Letter | | | | |
| ASR Letter | | | | |
| ACC Letter | | | | |

**ADMISSIONS DATA**

ACT ___ / ___ / ___ / ___    Comp. Score _____ High School Cray College

SAT. _____    GED _____

6th _____
RANK 7th _____
8th _____

GPA 3.0    Admitted 8-16-77

Number of Semester Hours Attempted _____    GPA 5.0

Rejected _____ (date) _____ (initial)

Comments / picked up late – 9-2-77 PM

Readmission Data

Date _____    Status _____

Date _____    Readmission Data    Registration, Sept. 6, Illini,
12:30 pm

Chicago State University
Division of Student Affairs
Office of Admissions and Career Planning

HIGH COURT OF FCT
C T C
NAME _____
RANK _____
SIGN _____
DATE _____
10/11/22

CHICAGO STATE UNIVERSITY

UNDERGRADUATE ADMISSIONS APPLICATION

TINUBU              BOLA

(H.S. Diploma)

X       AFLIN

7345 S SHRE DRIVE      Apt 5T.4

CHICAGO      COOK

(Accounting)     (Business + ADM)     23

7 7      0 2

Wash, D.C.

0 1

HIGH COURT OF FCT
CTC
NAME
RANK
SIGN
DATE

| High School graduated (will graduate) from (A3 70) Gov. College - Lagos | | | | | | | | City or Town (A140) Lagos, Nigeria | | | |
| State | | Graduation Date (USE NUMBERS) | | | | | | Dates of Attendance (USE NUMBERS) | | | |
| (A3 60) | | (A3 62) | Month 0 5 | Year 2 0 | | | Month 5 | Year 9 6 8 | | Month 0 5 | Year 7 0 |
| Name all colleges attended (including this University) | | | | | | | | Dates of Attendance | | | |
| Name (in chronological order) (A5 20) | City (A5 40) | State (or Country) (A5 00) | | | From Month Year (A5 66) | | To Month Year (A5 68) | | Degree conferred or hours earned 30 | | Code for |
| Southwestern College | Chicago | Ill. | | | 9 | 7... | Aug | 7... | 1 | 0 0 1 6 4 9 | |
|  |  |  | | | | | | | | | |
|  |  |  | | | | | | | | | |
|  |  |  | | | | | | | | | |
|  |  |  | | | | | | | | | |

**CERTIFICATION**

This certification must be signed and dated before action can be taken on this application. I understand that withholding information requested on this application or giving false information may make me ineligible for admission to the University or subject to dismissal. I certify that the statements I have made on this application are correct and complete.

Signed _____   Date _____

Your response to the following is voluntary, the information is requested so that the University can demonstrate its compliance with Federal Regulations. (CHECK ONE BOX)

American Indian or Alaskan Native [ ]   Black American [X]   Eurasian American [ ]
Oriental American [ ]   Spanish Surnamed American [ ]   Other Explain [ ]

Receipt No. 64069

**CSU**
CHICAGO STATE

ALG 0.9 '97

**PAID**
Rec'd. By _____ Total Amt. 15-

**HIGH COURT OF FCT**
**CTC**
NAME _____
RANK _____
SIGN _____
DATE _____
10/11/22



# UNIVERSITY OF CAMBRIDGE



## LOCAL EXAMINATIONS SYNDICATE

This is to certify that the candidate named below sat for a joint Examination for the Higher School Certificate and General Certificate of Education and qualified for the award of a

# GENERAL CERTIFICATE OF EDUCATION

The candidate passed at the level shown (Principal or Subsidiary) in the subject(s) named and attained the standard of the G.C.E. Advanced or Ordinary Level pass as indicated.

BOLA A. TINUBU

N028705

No Credit
Per Registrar

|  | H.S.C. Standard | G.C.E. Standard |  |
|---|---|---|---|
| PHYSICS | SUBSIDIARY | ORDINARY |  |
| CHEMISTRY | PRINCIPAL | ADVANCED | GRADE E |
| BIOLOGY | PRINCIPAL | ADVANCED | GRADE E |

SUBJECTS RECORDED THREE

EXAMINATION OF NOVEMBER/DECEMBER 1970

Owen Chadwick
Vice-Chancellor

(See overleaf)

HIGH COURT OF FCT
GTC
NAME
RANK
SIGN
DATE
10/11/22

# Southwest College

City Colleges of Chicago
7400 S. Pulaski Road, Chicago 60652

Name: Tinubu, Bola A.

Address: 7741 S. Shore Dr., Chicago 60649

Date of
Birth: _____ Sex: F S.S. No. 231-060-595 Date Entered 2/76

## HIGH SCHOOL

| Name | City and State | Rank |
|---|---|---|
| | | Graduated |

## COLLEGE RECORD

| SEM. HRS. | SCHOOL | DATE(S) | STATUS |
|---|---|---|---|

| DEPT. NAME NO. | DESCRIPTIVE COURSE TITLE | SEM. GRADE HRS. | |
|---|---|---|---|
| | | | |

### TINUBU BOLA A — FALL SEMESTER 76

| | | | |
|---|---|---|---|
| BUS 0111 | INTRODUCTION TO BUSINESS | 3.00 | D |
| BUS 0211 | BUSINESS LAW I | 3.00 | A |
| HUM 1201 | GENERAL CHINESE I HUM | 3.00 | C |

### TINUBU BOLA A — SPRING SEMESTER 77

| | | | |
|---|---|---|---|
| BUS 0111 | FUNDAMENTALS OF ACCOUNTING | 3.00 | C |
| ENGLISH 0101 | COMPOSITION | 3.00 | A |
| PCL SCI 0201 | THE NATIONAL GOVERNMENT | 3.00 | B |
| PSYCH 0201 | GENERAL PSYCHOLOGY | 3.00 | B |
| SOC SCI 0101 | GENERAL COURSE I SOC SCI | 3.00 | B |
| SPEECH 0101 | FUNDAMENTALS OF SPEECH | 3.00 | B |

HONORS LIST

### TINUBU BOLA A — SUMMER SEMESTER 77

| | | | |
|---|---|---|---|
| BUS 0101 | PRINCIPLES OF ACCOUNTING | 3.00 | B |
| ECON 0201 | PRINCIPLES OF ECONOMICS I | 3.00 | B |

| EXEMPTIONS | HONORS |
|---|---|

Date AUG 1 1977

REGISTRAR

FORM 2

NOTE: This transcript is not valid for transfer to another institution without official signature and impress of college seal.
Student is entitled to Honorable Dismissal and is in good standing unless otherwise noted.
No. Credit Toward A.A. Degree. # CHANGE OF CHANGE

HIGH COURT OF FCT
CTC
NAME _____
RANK _____
SIGN _____
DATE _____

# LEAHY, EISENBERG & FRAENKEL, LTD.

ATTORNEYS AT LAW
33 WEST MONROE STREET, SUITE 1100
CHICAGO, ILLINOIS 60603-5317
(312) 368-4554
FAX: (312) 368-4562
www.lefltd.com

JOLIET OFFICE
20 W. CASS ST., 2ND FLOOR
JOLIET, IL 60432-4116
(815) 723-6514
FAX: (815)723-7466

INDIANA OFFICE
917 RIDGE ROAD, UNIT 332B
MUNSTER, IN 46321
(219) 865-2647
FAX: (312) 368-4562

November 1, 2022

MATTHEW J. KOWALS
mjk@lefltd.com

Mike Enahoro - Ebah, Esq
ENAHORO & ASSOCIATES
Suite 202, First Floor,
Fortune Plaza, No.8 Nairobi Street,
Off Aminu Kano Crescent,
Wuse 2, Abuja, F.C.T

Re:    Chicago State University Subpoena Documents
       Court No.:    22-L-007289
       Our File No:  21847

Dear Mr. Enahoro-Ebah,

As you know, my law firm was retained to issue subpoenas and obtain various documents pertaining to the educational background of Mr. Bola Ahmed Tinubu. Please find the subpoena our law firm issued to Chicago State University attached to this correspodnence as Exhibit "A." The subpoena attached as Exhibit "A" was served upon Chicago State University in accordance with the laws of the State of Illinois. Following service of the subpoena, Chicago State University produced sixteen pages of documents, which are attached hereto as Exhibit "B." The documents attached to this correspondence as Exhibit "B" were produced by the Registrar of Chicago State University in response to the subpoena that was issued to Chicago State University. According to Chicago State University's Registrar, Caleb Westberg, the documents represent Chicago State University's entire student file pertaining to Mr. Bola Ahmed Tinubu, and are true, correct, and accurate copies of the entirety of Mr. Bola Ahmed Tinubu's student file.

Very truly yours,

LEAHY, EISENBERG & FRAENKEL, LTD.

By: _____
       Matthew J. Kowals

