# EXHIBIT C



# Chicago State University

On the recommendation of the faculty of the

**College of Business**

and under the authority of the Board of Trustees

of Chicago State University has conferred upon

**Bola A. Tinubu**

the degree of

**Bachelor of Science**

Business and Administration

With Honors

with all the rights, honors, and privileges pertaining thereto.

In testimony whereof the undersigned officers of Chicago State University have affixed their signatures together with the Seal of the University in witness thereof this Diploma is granted

this twenty-second day of June A.D. 1979.

For the Board of Trustees
Jairus Thomas
Chairman of the Board

For the University
Elnora D. Daniel

Robert A. Cartes

INEC
2023 GENERAL ELECTION
RECIEVED
DATE 17/6/22
SIGN

HIGH COURT OF FCT
NAME
RANK
SIGN
DATE