# EXHIBIT E

# Chicago State University

On the recommendation of the faculty of the

College of Business

and under the authority of the Board of Trustees, Chicago State University has conferred upon

## Bola A. Tinubu

the degree of

### Bachelor of Science

Business and Administration
With Honors

with all the rights, honors and privileges pertaining thereto.

In testimony whereof, the undersigned officers of Chicago State University have affixed their signatures together with the seal of the University. In witness thereof, this diploma is granted this twenty-seventh day of June, A.D. 1979.



Chairman, Board of Trustees





President of the University

HIGH COURT OF FCT
CTC
NAME _____
RANK _____
SIGN _____
DATE _____