# EXHIBIT G

IDPH Home    Laws and Rules    A-Z List

Illinois Department of Public Health                                Bruce Rauner, Governor

# Health Care Justice Act

HCJA Home

## Adequate Health Care Task Force
## Member Contact Information and Biography

**Niva Lubin-Johnson, M.D.**
(Appointed by the Governor)
8541 South State Street, Suite 6
Chicago, IL 60619
Phone: (773)488-2200
Fax: (773)488-3028

Niva Lubin-Johnson, M.D., FACP, life-long Chicago Chatham resident is a dedicated physician who has been an advocate of quality health care for all, especially the underserved and underrepresented. Dr. Lubin-Johnson credits her parents, Benjamin and Peggy Lubin, for demonstrating how hard work and community service are necessary for a successful and fulfilled life.

She received her B. S. Degree in Pharmacy from Creighton University and her medical degree from Southern Illinois University School of Medicine where she was distinguished as a member of the last class to finish within a three-year time frame. Dr. Lubin-Johnson completed internal medicine residency at St. Joseph's Hospital, Chicago, and has been in private practice for more than 15 years, (in the neighborhood she grew up and resides). She is currently a senior attending physician at Mercy Hospital and Medical Center, associate attending at Advocate Trinity Hospital, and a clinical instructor at the University of Illinois. Dr. Lubin-Johnson has participated on several boards and committees at both hospitals including the Performance Improvement and Quality Assurance Committee, Executive Medical Board and the Independent Physicians at Mercy Board, at Mercy Hospital and Advocate Trinity Physician Hospital Organization board and the Trinity Medical Staff Peer Review Committee.

Currently Dr. Lubin-Johnson serves on the National Medical Association (NMA) Board as chair of the Finance Committee of the Board of Trustees. She is a past Speaker of the House of Delegates of the NMA and Past President of the Chicago and Illinois Chapters of the National Medical Association.

In 1996, Dr. Lubin-Johnson was appointed to the Board of Trustees of Chicago State University by Gov. Jim Edgar and reappointed by Gov. George Ryan in 1999. She served as Vice-Chair Presidential Search Committee, Chair of the Finance Committee and 2 years as Chair of the Board of Trustees. Believing that health care is a right not a privilege, she was appointed by Gov. Rod Blagojevich to the Adequate Health Care Task Force this year. This group will present to the legislature, in 2006, options for providing health insurance for the over 1 million uninsured residents of Illinois.

She has lectured extensively in numerous health forums in the medical and secular communities. Dr. Lubin-Johnson is the recipient of numerous awards including the Illinois Committee of Concerned Blacks in Higher Education Trustee Award, Midwest Community Council - Nancy B. Jefferson Community Service Award, Dollars and Sense Magazine Best and Brightest Women in Medicine, and the Kizzy Award-Black Women's Hall of Fame Foundation, and the Student National Medical Association Award for Leadership and Service.

In 2003, Dr. Lubin-Johnson celebrated 25 years as a member of Alpha Kappa Alpha Inc. sorority - 24 years in Theta Omega Chapter, the chapter of 2002-2006 International President.

Dr. Lubin-Johnson is proud to be a member of Trinity United Church of Christ and it's Church in Society Ministry and is married to Joseph Johnson.

Return to Main Task Force Members Page