# EXHIBIT I

  

Sign in

Home » Politics » Courts & Law » President Tinubu Presents Educational and Immigration Records in Election Petition Defe...

COURTS & LAW

# President Tinubu Presents Educational and Immigration Records in Election Petition Defence

BY OLUWATOMISIN AMOKEODO — JULY 4, 2023



President Tinubu Presents Educational and Immigration Records in Election Petition Defence
Image Credit: Open Source

## Tinubu Tenders Educational Records from Chicago State University

President Bola Tinubu has submitted his educational records from Chicago State University and immigration documents as part of his defence in the petition filed by Atiku Abubakar and the Peoples Democratic Party (PDP) before the Presidential Election Petition Court (PEPC).

The certified academic records and immigration documents were presented to support Tinubu's case.

The records include 12 documents from Chicago State University, certified on June 28, 2023, by Jamar C. Orr, the Associate General Counsel, Office of the Legal Affairs, Chicago State University.

Additionally, six copies of immigration and visa records pertaining to Tinubu's trips to the US between 2011 and 2021 were tendered.

### Subscribe to BNN Breaking

Sign up for our daily newsletter covering global breaking news around the world.

[Your email address..] **SUBSCRIBE**

☐ By subscribing up, you agree to the our terms and agreement.

## Background

The petition by Atiku Abubakar and the Peoples Democratic Party (PDP) alleges that Tinubu failed to disclose details of his academic qualifications in Form EC9. The legal teams of Mr Tinubu, APC, and INEC kicked against the tendering of the President's US varsity academic records from Atiku's witness.

## Tinubu's Academic Records

Tinubu's academic records from the Chicago State University were tendered by his lawyer, Chief Wole Olanipekun (SAN), as part of his defence in the petition by Atiku Abubakar and the Peoples Democratic Party (PDP).

Lauren Finch, a spokeswoman for Chicago State University, said Mr Tinubu's academic records are covered by American privacy regulations.

However, Tinubu's record at Chicago State University is impeccable. On May 28, 1979, a letter signed by Andrew F. Brimmer, the then President of the university, stated that Tinubu had completed the requirements for the Bachelor of Science degree in Accounting.

## Tinubu's NYSC Certificate

The petition by Atiku Abubakar and the Peoples Democratic Party (PDP) alleges that Tinubu failed to disclose details of his academic qualifications in Form EC9. Tinubu has also tendered his NYSC discharge certificate, number, OY/FORN/82/9106, which confirms that he served at Haboni Engineering Company, Ibadan in the 1982/83 batch.

 0



---

### Oluwatomisin Amokeoja

Oluwatomisin Amokeoja is a highly experienced journalist with a decade-long background in the field. His contributions to TheBody encompass HIV and various health issues in Nigeria. Having dedicated seven



years to The Nation, Oluwatomisin's articles have been published in renowned outlets such a (Nigeria), Nigeria Politics Online, and Media Career Development Network. As a member of th International AIDS Society (IAS), he continues to make a significant impact in the world of jour

## RELATED POSTS



**POLITICS**

Urgent Intervention Sought: Delhi Commission for Women Recommends President's Rule in Manipur

August 1, 2023



**MOZAMBIQUE**

Mozambican President Nyusi Seeks Dismissal of Allegations in Tuna Bond Scandal

August 1, 2023



**COURTS & LAW**

LensCrafters Settles $39 Million Lawsuit Over Accufit Technology Claims

August 1, 2023



**AUSTRALIA**

Taskforce Magnus: An Unyielding Campaign Against Gun Violence and Gang Activities in Sydney

August 1, 2023








**COURTS & LAW**

#### Indian Parliament Faces a Tug of War Over Delhi Services Bill

August 1, 2023

**AGRICULTURE**

#### The Black Sea Grain Agreement: A Diplomatic Dilemma

August 1, 2023

## LEAVE A REPLY

You must be logged in to post a comment.

## LATEST HEADLINE

#### LA Clippers' Guard Amir Coffey Arrested on Firearms Misdemeanor

#### Spotify's Rising Star: A Deep Dive Into the Music Streaming App's Success in Pakistan

#### Libya's Anti-Illegal Immigration Agency: A Staunch Stand Against Irregular Migration

#### Libyan Prime Minister Inaugurates Annual Exhibition to Revive Arts and Handicrafts in Tripoli

#### Pressure Mounts on Christina Aguilera: Fans Urge Boycott of Israeli Performance

#### Tragic End: Indian Woman's Mysterious Disappearance on Royal Caribbean Cruise

August 1, 2023

## STAY CONNECTED!

YOUR EMAIL ADDRESS.. 



## NEWS

Breaking News

Watch Now

World

Politics

Tech

Finance

## SECTIONS

Stories

Lifestyle

Arts & Entertainment

Health

Sports

Conflict & Defence

## MORE

About Us

Follow Us

Contact Us

Join Our Reporting Network

© 2022 BNN