# EXHIBIT K

| | |
|---|---|
| **From:** | Jason Carter <jcarte40@csu.edu> |
| **Sent:** | Monday, July 10, 2023 3:40 PM |
| **To:** | de Gramont, Alexandre |
| **Cc:** | Levander, Andrew; Liu, Angela; Aviles Alfaro, Anna |
| **Subject:** | Re: Letter re CSU Diploma(s) for Mr. Bola A. Tinubu |
| | |
| **Categories:** | Red Category |

[EXTERNAL EMAIL]

Alexandre,

I am in receipt of your email. As I am sure you are aware, the University is not required under FOIA to answer interrogatories or draft responses to questions. We have done in relation to this matter as a courtesy narrowly as it relates to the certification of records.

As you may also know, FERPA prevents the University from discussing student records with anyone other than the student or the individual designated by the student as a rightful recipient of the records. Absent a FERPA release, we are unable to discuss any matters related to the student record with you. If you are able to acquire a FERPA release, please provide it and a copy of the students identification documentation and we can produce the requisite records, if any exist.

On Mon, Jul 10, 2023 at 4:30 PM de Gramont, Alexandre <Alexandre.deGramont@dechert.com> wrote:

> Dear Mr. Carter:
>
> My law firm represents Mr. Atiku Abubakar, who was the candidate of Nigeria's principal opposition party (the Peoples' Democratic Party) in the February 2023 Presidential elections. I am attaching a letter, with Exhibits A-C, requesting the assistance of Chicago State University (CSU) in answering several questions about certain documents purporting to be CSU records, which have been submitted in Nigerian proceedings related to the Presidential elections.
>
> As stated in the letter, we would prefer to proceed on an amicable and cooperative basis, without the need for subpoenas or other legal processes. At the same time, it is critical that we get to the bottom of these matters as soon as possible. We respectfully request that you or one of your colleagues review these materials and revert to us as soon as possible. As also stated in the letter, we are available for a telephone or video conference early this week. We could also arrange for a meeting with lawyers from our Chicago office if that is preferable for you.
>
> We look forward to your prompt response.

Very truly yours,

Alexandre de Gramont

Partner

**Dechert LLP**

1900 K Street N.W.

Washington, DC 20006

+1 202 261 3320 Direct

+1 202 669 3072 Mobile

+1 202 261 3082 Fax

alex.degramont@dechert.com

dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

--
**Respectfully,**

**Jason L. Carter, Esq.**
*General Counsel, Chief Compliance Officer & VP of Legal Affairs*
**9501 S. King Dr., Chicago, Illinois 60628
Cook Administration Building, ADM 318
Phone: (773) 995-3524 Fax: (773) 995-2462**