# EXHIBIT M

FILED
7/18/2023 1:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L006854
Calendar, B
23581359

FILED DATE: 7/18/2023 1:28 PM   2023L006854

**Subpoena in a Civil Matter (For Testimony and/or Documents)**          **(12/01/20) CCG 0106 A**

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Atiku Abubakar
                                     Plaintiff/Petitioner
            v.                                                      Case No.  2023 L 006854
Chicago State University
                                     Defendant/Respondent

### SUBPOENA IN A CIVIL MATTER
**(For Testimony and/or Documents)**

To: Chicago State University, Admin Rm 128
    9501 South King Drive, Chicago IL 60628

1. ☐  YOU ARE COMMANDED to appear to give your testimony before the

   Honorable _____ in Room _____ ,

   _____ , Illinois on _____

   at _____  ○ AM  ○ PM

2. ☑  YOU ARE COMMANDED to appear and give your deposition testimony before a Notary Public

   at: Dechert LLP, 35 West Wacker Dr., Ste 3400, _____ in Room _____ ,

   Chicago _____ , Illinois on  7/21/23

   at  9:00   ● AM  ○ PM

3. YOU ARE COMMANDED to mail the following documents in your possession or control

   to _____ at _____ ,

   on or before _____ at _____  ○ AM  ○ PM
   (THIS IS FOR RECORDS ONLY. THERE WILL BE NO ORAL INTERROGATORIES.):

☐  Description continued on attached page(s).

**Your failure to respond to this subpoena will subject you to punishment for contempt of this Court.**

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org
Page 1 of 2

Subpoena in a Civil Matter (For Testimony and/or Documents)       (12/01/20) CCG 0106 B

Notice to Deponent:

1. ☑ The deponent is a public or private corporation, partnership, association, or governmental agency. The matter(s) on which examination is requested are as follows:
   See Schedule A

   ☑ Description continued on attached page(s).
   (A nonparty organization has a duty to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf, and may set forth, for each person designated, the matters on which that person will testify. Ill. Sup. Ct. Rule 206.)

2. ☑ The deponent's testimony will be recorded by use of an audio-visual recording device, operated by _____ .
   (Name of Recording Device Operator)

3. No discovery deposition of any party or witnesses shall exceed three hours regardless of the number of parties involved in the case, except by stipulation of the parties or by order upon showing that good cause warrants a lengthier examination. Ill. Sup. Ct. Rule 206(d).

● Atty. No.: 6299353
○ Pro Se 99500

Name: Angela M Liu
Atty. for (if applicable): _____

Address: 35 West Wacker, Suite 3400
City: Chicago
State: IL   Zip: 60601
Telephone: 312-646-5816
Primary Email: angela.liu@dechert.com

Issued by: /s/ Angela M Liu
Signature
● Attorney ○ Clerk of Court
Date: 7/11/23

FILED DATE: 7/18/2023 1:28 PM   2023L006854
7/18/2023 1:28 PM IRIS Y. MARTINEZ

☑ I served this subpoena by mailing a copy, as required by Ill. Sup. Ct. Rules 11, 12 and 204(a) (2), to Chicago State University by certified mail, return receipt requested (Receipt # 7020 1290 0000 3113 9411) on 7/13/23. I paid the witness $ 25.60 for witness and mileage fees.

☑ I served this subpoena by handing a copy to Freda Richmond on 7/12/23. I paid the witness $ _____ for witness and mileage fees.

/s/ See attached Affidavit        Christopher Moore
(Signature of Server)        (Print Name)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 2 of 2

FILED DATE: 7/18/2023 1:28 PM 2023L006854

354997
Law Firm Ref#: Atiku Abubakar

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT LAW DIVISION

Atiku Abubakar       Case No.: 2023L006854

    Plaintiff(s),
VS

Chicago State University

    Defendant(s).

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Christopher Moore** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: Chicago State University

I, Served the within named INDIVIDUAL/ENTITY on 7/12/2023 at 1:00 PM

**CORPORATE SERVICE:** by leaving a copy of this process with Freda Richmond (Title): **Associate Project Coordinator of Legal Affairs**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: Subpoena in a Civil Matter; Petition to Issue a Subpoena

ADDRESS WHERE SERVED: 9501 South King Drive, Chicago, IL 60628

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Black** - Hair: **Brown/Gray** - Approx. Age: **54-64** - Height: **5'7"** - Weight: **230**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Christopher Moore, Process Server
Dated: 7/13/23



It's Your Serve, Inc
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

Order #: 354997/ILPRF441

FILED DATE: 7/18/2023 1:28 PM 2023L006854

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chicago State University
   Admin Room 128
   9501 South King Drive
   Chicago, Illinois 60628

   9590 9402 6442 0346 4079 54

2. Article Number (Transfer from service label)

   7020 1290 0000 3113 9411

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt