# EXHIBIT N

**From:** de Gramont, Alexandre
**Sent:** Tuesday, July 18, 2023 9:52:38 AM
**To:** Hayes, Michael; Liu, Angela
**Subject:** RE: Abubakar v. Chicago State University (2023 -L- 006854)- subpoena
**Importance:** Normal
**Sensitivity:** None

---

Mike,

Are you available for a call this afternoon with Angela and me?  It would be off the record, protected by the settlement privilege etc.  We are wondering if there might be a way to move forward without a deposition.

We could speak at 1pm (Chicago time) or later.

I assume you have a copy of my July 10 letter to Mr. Carter, with attachments, but if not, let me know and I will forward it to you.

Thanks, Alex

**From:** de Gramont, Alexandre
**Sent:** Monday, July 17, 2023 3:52 PM
**To:** Hayes, Michael <Michael.Hayes@huschblackwell.com>; Liu, Angela <Angela.Liu@dechert.com>
**Subject:** RE: Abubakar v. Chicago State University (2023 -L- 006854)- subpoena

Thanks, Mike.  The problem is that that might be too late for the Nigerian litigation.  But we will check and get back to you,  through probably not until tomorrow morning.  Best, Alex

**From:** Hayes, Michael <Michael.Hayes@huschblackwell.com>
**Sent:** Monday, July 17, 2023 3:51 PM
**To:** de Gramont, Alexandre <Alexandre.deGramont@dechert.com>; Liu, Angela <Angela.Liu@dechert.com>
**Subject:** RE: Abubakar v. Chicago State University (2023 -L- 006854)- subpoena

[EXTERNAL EMAIL]

Thank you, Alex.

Right after I proposed the week of July 31 in my below email to you, I heard back from CSU that it's designee who will testify is on vacation that week. So, the week of August 7 is the earliest we could proceed. Wanted you to know that as you confer with your client.

Regards,

Mike

**Michael Hayes**
**Partner**
Direct:  312-341-9830
Michael.Hayes@huschblackwell.com

**From:** de Gramont, Alexandre <Alexandre.deGramont@dechert.com>
**Sent:** Monday, July 17, 2023 2:33 PM
**To:** Hayes, Michael <Michael.Hayes@huschblackwell.com>; Liu, Angela <Angela.Liu@dechert.com>
**Subject:** RE: Abubakar v. Chicago State University (2023 -L- 006854)- subpoena

[EXTERNAL EMAIL]

Dear Mr. Hayes:

We acknowledge receipt of your email below.  We will confer with our client.  We hope to revert to you shortly.

Kind regards, Alex


Alexandre de Gramont
Partner

**Dechert LLP**

1900 K Street N.W.
Washington, DC 20006
+1 202 261 3320 Direct
+1 202 669 3072 Mobile
+1 202 261 3082 Fax
alex.degramont@dechert.com
dechert.com

---

**From:** Hayes, Michael <Michael.Hayes@huschblackwell.com>
**Sent:** Monday, July 17, 2023 3:26 PM
**To:** de Gramont, Alexandre <Alexandre.deGramont@dechert.com>; Liu, Angela <Angela.Liu@dechert.com>
**Subject:** Abubakar v. Chicago State University (2023 -L- 006854)- subpoena

[EXTERNAL EMAIL]

Good afternoon, Mr. de Gramont and Ms. Liu:

The undersigned represents Chicago State University ("CSU") in connection with the subpoena your firm recently served on CSU in the above referenced matter. Please direct all future communications concerning this matter to me and do not contact anyone at CSU directly.

For several reasons, the July 21, 2023 date you unilaterally selected for CSU's corporate representative's deposition is unreasonable and unworkable and the deposition cannot go forward on this date. First, CSU is required under FERPA to give notice to the former student involved so he can intervene, move to quash or move to limit the subpoena. The less than 10 day time frame you have selected is unreasonably too short for this required FERPA process. Second, and FERPA issues aside, subpoenaing a third-party to appear for deposition in less than 10 days is not reasonable. Third, neither my client nor I are available this Friday (or before) to prepare for and participate in this deposition.

Please advise if your client is amenable to rescheduling this deposition by agreement for a date in the week of July 31. If not, CSU will file an objection to the subpoena/motion for a protective order prior to this Friday.

I look forward to hearing from you on the above.

Thank you,

Mike Hayes


**Michael  Hayes**
Partner

**HUSCH** BLACKWELL LLP
**The Link Virtual Office**
120 South Riverside Plaza,
Suite 2200
Chicago, IL 60606--3912
Direct: 312-341-9830
Fax: 312-655-1501
Michael.Hayes@huschblackwell.com
huschblackwell.com
vBio|vCard

**Healthcare, Life Sciences & Education**
Education

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. ?Our 900+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions ?to our clients' most complex challenges.**

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

Thank you.