# EXHIBIT O

FILED
7/28/2023 4:56 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L006854
Calendar, B
23744476

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

Atiku Abubakar

     Petitioner

    v.

Chicago State University

     Respondent.

2023 L 006854

Honorable Patrick Heneghan

## PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL
## OF HIS PETITION TO ISSUE SUBPOENA

  Petitioner ATIKU ABUBAKAR, by and through his attorneys, Dechert LLP, his undersigned counsel of record, pursuant to 735 ILCS 5/2-1009, and moves the Court to dismiss his Petition for Subpoena without prejudice. In support of his motion, Petitioner states as follows:

  1. Petitioner filed his Petition to Issue Subpoena on July 11, 2023.

  2. No parties have filed appearances in the above-captioned matter. Mr. Bola Tinubu has not petitioned for intervention, nor has his counsel filed an appearance, though Mr. Tinubu did file a Motion to Quash Subpoena, Strike Petition & For Sanctions. Liu ¶ 3. Respondent has not produced anything in response to the subpoena. *Id.*

  3. After due consideration regarding expediency and efficiency, on July 27, 2023, Petitioner has notified counsel for Respondent and Mr. Tinubu that his counsel would petition in federal court under 28 U.S.C. §1781 ("Assistance to foreign and international tribunals and to litigants before such tribunals") to ask the federal court to issue a subpoena. *Id.* ¶ 2.

  4. In addition, Petitioner has given notice of the voluntary dismissal. *Id.* ¶ 3.

1

2

5. Petitioner now wishes to voluntarily dismiss his claims without prejudice and withdraw his subpoena with the parties bearing their own costs and fees.

Dated: July 28, 2023

Respectfully submitted,

/s/ *Angela M. Liu*
Angela M. Liu (Firm ID No. 56333)
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 646-5800
Facsimile: (312) 646-5858
angela.liu@dechert.com

*Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

      Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that on July 28, 2023, a copy of the above document was filed with the Clerk of the Circuit Court of Cook County, Illinois using the Odyssey efile system and also served via electronic mail upon the following counsel:

| | |
|---|---|
| Michael Hayes | Victor P. Henderson |
| HUSCH BLACKWELL LLP | Christopher W. Carmichael |
| 120 South Riverside Plaza, Suite 2200 | HENDERSON PARKS, LLC |
| Chicago, IL 60606 | 140 South Dearborn Street, Suite 1020 |
| Direct: 312-341-9830 | Chicago, Illinois 60603 |
| Fax: 312-655-1501 | Tel: (312) 262-2900 |
| Michael.Hayes@huschblackwell.com | vphenderson@henderson-parks.com |
| | ccarmichael@henderson-parks.com |

                                                 /s/ *Angela Liu*