## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                       Plaintiff,

v.                                              Case No.: 1:23−cv−05099
                                                    Honorable Nancy L. Maldonado

Chicago State University

                       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to the Application pursuant to 28 U.S.C. § 1782 for an order directing discovery from Chicago State University for use in a foreign proceeding [1]. (ca, )

Dated: August 3, 2023

                                                                                          /s/ Nancy L. Maldonado

                                                                                 United States District Judge