# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Abubakar v. Chicago State University

Case Number: 23 CV 5099

An appearance is hereby filed by the undersigned as attorney for:
Bola A. Tinubu

Attorney name (type or print): Christopher W. Carmichael

Firm: Henderson Parks, LLC

Street address: 140 S. Dearborn St., Suite 1020

City/State/Zip: Chicago IL 60603

Bar ID Number: 6276416
(See item 3 in instructions)

Telephone Number: 312-262-2900

Email Address: ccarmichael@henderson-parks.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/3/2023

Attorney signature: S/ Christopher Carmichael
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015