## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re Application of ATIKU ABUBAKAR For an Order Directing Discovery from CHICAGO STATE UNIVERSITY Pursuant to 28 U.S.C. § 1782

Case Number: 23 CV 5099

An appearance is hereby filed by the undersigned as attorney for: Bola A. Tinubu

Attorney name (type or print): Victor P. Henderson

Firm: Henderson Parks, LLC

Street address: 140 S. Dearborn Street, Suite 1020

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6203071          Telephone Number: 312-262-2903

(See item 3 in instructions)
Email Address: vphenderson@henderson-parks.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/03/2023

Attorney signature:    S/ Victor P. Henderson
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015