**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| *In re* Application of ) <br> ATIKU ABUBAKAR ) <br> ) <br> ) <br> ) <br> For an Order Directing Discovery from ) <br> CHICAGO STATE UNIVERSITY Pursuant to ) <br> 28 U.S.C. § 1782. ) <br> ) | Case No. 23-cv-05099 <br> Honorable Nancy L. Maldonado <br><br> Magistrate Judge Jeffrey T. Gilbert <br><br> ORAL ARGUMENT REQUESTED |

**APPLICANT ATIKU ABUBAKAR'S RESPONSE TO
BOLA A. TINUBU'S MOTION TO JOIN OR INTERVENE**

DECHERT LLP
Angela M. Liu
35 West Wacker Drive, Suite 3400,
Chicago, IL 60601
(312) 646-5816
angela.liu@dechert.com

Andrew J. Levander (*pro hac pending*)
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
andrew.levander@dechert.com

Alexandre de Gramont (*pro hac pending*)
1900 K Street, NW,
Washington, DC 20006-1110
(202) 261-3320
Alexandre.deGramont@dechert.com

*Attorneys for Petitioner Atiku Abubakar*

Applicant Atiku Abubakar ("Applicant") respectfully responds to Mr. Bola A. Tinubu's Motion to Join or Intervene (the "Motion") in the above-captioned litigation. Dkt. 10. At the outset, Applicant emphasizes that he does **not** oppose the Motion, but questions why Mr. Tinubu filed it, instead of contacting and coordinating with Applicant's counsel to submit a joint submission. Applicant previously advised Mr. Tinubu's counsel in writing that Applicant would stipulate to Mr. Tinubu's intervention and specifically stated so in his submission for an Order Directing Discovery from Chicago State University Pursuant to 28 U.S.C. § 1782 (the "Application"). Application, Dkt. 1.

Thus, on July 27, 2023, almost a week prior to filing the Application, counsel for Applicant advised counsel for Mr. Tinubu and CSU that Applicant intended to file the Application and that he was "willing to stipulate to Mr. Tinubu's intervention in the Section 1782 federal action." Liu Decl. Ex. A. In his memorandum of law in support of the Application, Applicant informed the Court that his counsel had previously advised Mr. Tinubu's counsel that he "would consent to Mr. Tinubu's intervention in this action," and that "[t]o expedite these proceedings, Applicant hereby confirms its consent to Mr. Tinubu's intervention." Dkt. 4 at 8 (citing communication dated July 27, 2023, from Applicant's counsel to Mr. Tinubu's and CSU's counsel). Applicant reiterates here that he does not oppose Mr. Tinubu's intervention in the above-captioned matter, and indeed, supports it to expedite the prompt resolution of the Application.

In addition, while Mr. Tinubu's counsel made no effort to meet and confer on a briefing schedule in advance of requesting a date to file his opposition to the Application, we likewise do not oppose Mr. Tinubu's request to file a response to the Application on or before August 11. In fact, as explained in the Application and accompanying Memorandum of Law, because the Court of Appeal of Nigeria is expected to issue its decision in *Abubakar v. INEC* on or before September

1

21, 2023, this is in line with Applicant's request that any subsequent briefing relating to the application or subpoena be permitted on an expedited basis. Application, Dkt. 1 ¶ 14; Memo in Support of Application, Dkt. 4 at 6.

In sum, Applicant does not oppose Mr. Tinubu's intervention in the above-captioned matter. Further, Applicant does not oppose Mr. Tinubu's request to file a Response to the Application on or before August 11. Applicant wrote to Mr. Tinubu's counsel yesterday, August 4, 2023, to ask if they would consent to a reply date of August 16, but as of this filing, has heard no response. Liu Decl., Ex. B. Applicant further requests oral argument on the Application, to be scheduled at the Court's earliest convenience, given the soon-anticipated ruling in *Akubakar v. INEC*. Applicant will submit a proposed Order to this effect.

Dated: August 4, 2023

        Respectfully submitted,

        s/ *Angela M. Liu*

        DECHERT LLP
        Angela M. Liu
        35 West Wacker Drive, Suite 3400,
        Chicago, IL 60601
        (312) 646-5816
        angela.liu@dechert.com

        Andrew J. Levander (*pro hac pending*)
        Three Bryant Park
        1095 Avenue of the Americas
        New York, New York 10036
        (212) 698-3500
        andrew.levander@dechert.com

        Alexandre de Gramont (*pro hac pending*)
        1900 K Street, NW,
        Washington, DC 20006-1110
        (202) 261-3320
        Alexandre.deGramont@dechert.com

        *Attorneys for Petitioner Atiku Abubakar*