IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| *In re* Application of<br>ATIKU ABUBAKAR<br><br>For an Order Directing Discovery from<br>CHICAGO STATE UNIVERSITY Pursuant to<br>28 U.S.C. § 1782. | Case No. 23-cv-05099<br>Honorable Nancy L. Maldonado<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF ANGELA M. LIU IN SUPPORT OF
APPLICANT ATIKU ABUBAKAR'S RESPONSE TO BOLA A. TINUBU'S
<u>MOTION TO JOIN OR INTERVENE</u>**

I, Angela M. Liu, state and declare as follows:

1. I am a partner of the law firm Dechert LLP, and attorney of record for Applicant Atiku Abubakar ("Applicant") in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, except as where specifically noted below, and if called upon as a witness I could and would testify competently thereto.

2. I submit this declaration in support of the Response to Mr. Bola Tinubu's Motion to Join or Intervene.

3. Attached hereto as Exhibit A is a true and correct copy of an email, dated Thursday, July 27, 2023 between me and Chris Carmichael.

4. Attached hereto as Exhibit B is a true and correct copy of an email, dated Thursday, August 3, 2023 between me and Chris Carmichael.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 4th day of August, 2023

_____
Angela M. Liu