# EXHIBIT A

| | |
|---|---|
| **From:** | Hayes, Michael <Michael.Hayes@huschblackwell.com> |
| **Sent:** | Friday, July 28, 2023 10:30 AM |
| **To:** | Liu, Angela; Chris Carmichael; Victor P. Henderson |
| **Cc:** | de Gramont, Alexandre |
| **Subject:** | RE: Abubaker v. CSU, 2023 L 006854 |

[EXTERNAL EMAIL]

Angela, thank you for this update.

Please be advised that I am authorized to accept service for CSU in the federal court matter you indicate will be filed; so please direct the summons and all other court filings to me – no need to have them served on CSU's registered agent.

Thanks,

Mike

**Michael Hayes**
**Partner**
Direct: 312-341-9830
Michael.Hayes@huschblackwell.com

**From:** Liu, Angela <Angela.Liu@dechert.com>
**Sent:** Thursday, July 27, 2023 5:03 PM
**To:** Chris Carmichael <ccarmichael@henderson-parks.com>; Victor P. Henderson <VPHenderson@henderson-parks.com>; Hayes, Michael <Michael.Hayes@huschblackwell.com>
**Cc:** de Gramont, Alexandre <Alexandre.deGramont@dechert.com>
**Subject:** Abubaker v. CSU, 2023 L 006854

[EXTERNAL EMAIL]

Dear Counsel,

After filing our Opposition to Mr. Tinubu's Motion to Quash earlier today, we have been instructed to withdraw the State Court petition and to file instead a petition in Federal Court under 28 U.S.C. § 1782.

We believe, among other things, that proceedings under Section 1782 will be faster and more efficient. As such, we will send you our Motion for Voluntary Dismissal tomorrow. We plan to file the petition early next week and will send you service copies. We are also willing to stipulate to Mr. Tinubu's intervention in the Section 1782 federal action.

You will be receiving as-filed copies of our Opposition to Mr. Tinubu's Motion to Quash by email in a moment; but we wanted to send this email to you so that you do not need to Reply.

Thanks,
Angela


**Angela Liu** (she/her/hers)
Partner

**Dechert LLP**
+1 312 646 5816 (CHI)
+1 646 731 6140 (NY)

1

+1 816 304 7770 (Mobile)
angela.liu@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.