## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Atiku Abubakar

                      Plaintiff,

v.                                            Case No.: 1:23−cv−05099
                                                  Honorable Nancy L. Maldonado

Chicago State University

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court grants Intervenor Bola A Tinubu's unopposed motion to intervene or join this action [10] for the reasons stated in Tinubu's motion. In briefing the motion to intervene, the parties proposed a schedule for Tinubu to file a response to the Application and for Abubakar to reply. In light of the referral of the Application to Magistrate Judge Gilbert, this Court defers to Judge Gilbert to set a briefing schedule. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.