UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Atiku Abubakar

                                    Plaintiff,

v.                                                                                     Case No.: 1:23−cv−05099
                                                                                      Honorable Nancy L. Maldonado

Chicago State University

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for the purposes of holding proceedings related to the Application Pursuant to 28 U.S.C. § 1782 For An Order Directing Discovery From Chicago State University For Use in a Foreign Proceeding [1]. The Court sets the following briefing schedule on the Application [1]: Reponses to the Application shall be filed by 8/23/23. Replies shall be filed by 9/6/23. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.