# EXHIBIT B

*Extraordinary*



# Federal Republic of Nigeria Official Gazette

| No. 61 | Lagos - 29th March, 2022 | Vol. 109 |

*Government Notice No. 63*

The following is published as supplement to this *Gazette* :

| *Act No.* | *Short Title* | *Page* |
| 13 | Electoral Act, 2022 .. .. .. .. .. .. .. .. .. | A353-463 |

Printed and Published by The Federal Government Printer, Lagos, Nigeria
FGP 85/52022/650

Annual Subscription from 1st January, 2022 is Local : ₦45,000.00 Overseas : ₦60,500.00 [Surface Mail] ₦75,000.00 [Second Class Air Mail]. Present issue ₦4,000 per copy. Subscribers who wish to obtain *Gazette* after 1st January should apply to the Federal Government Printer, Lagos for amended Subscriptions.

*Electoral Act*, 2022     2022  No. 13     A 413

(10) The Court in all appeals from Election Tribunal may adopt the practice of first giving its decision and reserving the reason to a later date.

**133.**—(1) An election petition may be presented by one or more of the following persons— *[margin: Persons entitled to present election petitions.]*

(*a*) a candidate in an election ; or

(*b*) a political party which participated in the election.

(2) A person whose election is complained of is, in this Act, referred to as the respondent.

(3) If the petitioner complains of the conduct of an electoral officer, a presiding or returning officer, it shall not be necessary to join such officers or persons notwithstanding the nature of the complaint and the Commission shall, in this instance, be—

(*a*) made a respondent ; and

(*b*) deemed to be defending the petition for itself and on behalf of its officers or such other persons.

**134.**—(1) An election may be questioned on any of the following grounds— *[margin: Grounds of petition.]*

(*a*) a person whose election is questioned was, at the time of the election, not qualified to contest the election ;

(*b*) the election was invalid by reason of corrupt practices or non-compliance with the provisions of this Act ; or

(*c*) the respondent was not duly elected by majority of lawful votes cast at the election.

(2) An act or omission which may be contrary to an instruction or directive of the Commission or of an officer appointed for the purpose of the election but which is not contrary to the provisions of this Act shall not of itself be a ground for questioning the election.

(3) With respect to subsection (1) (*a*), a person is deemed to be qualified for an elective office and his election shall not be questioned on grounds of qualification if, with respect to the particular election in question, he meets the applicable requirements of sections 65, 106, 131 or 177 of the Constitution and he is not, as may be applicable, in breach of sections 66, 107, 137 or 182 of the Constitution. *[margin: Cap. C23, LFN, 2004.]*

**135.**—(1) An election shall not be liable to be invalidated by reason of non-compliance with the provisions of this Act if it appears to the Election Tribunal or Court that the election was conducted substantially in accordance with the principles of this Act and that the non-compliance did not affect substantially the result of the election. *[margin: Certain defects not to invalidate election.]*