# EXHIBIT D

Certified True Copy
Certified by: Jamar C. Orr
*(signature)*

Associate General Counsel
Office of Legal Affairs
Chicago State University
9501 S. King Drive
Chicago, IL, 60628
6/28/23

Chicago State University
Admissions and Records
Office of Admissions
Ninety-Fifth Street at King Drive
Chicago, Illinois 60628

Telephone 312/995-2513

SEP - 8 1977

August 25, 1977

Bola A. Tinubu
7343 South Shore Drive Apt. 304
Chicago, Illinois 60649

Dear Mr. Tinubu:

I am pleased to inform you that you have been accepted as a Transfer student at Chicago State University for the Fall Trimester, 1977.

Registration for classes will be held September 6 through September 9, 1977. Classes for the Fall Trimester will officially begin on Monday, September 12, 1977. This letter will serve as your authorization to register. It must be presented at the time you are scheduled to register so that you will receive your permit to register.

Enclosed is a copy of your credit evaluation prepared by the Admissions Office. Your credit evaluation reflects the total number of semester hours accepted, based upon the major that you have indicated on your Admissions application. If your credit evaluation is not complete, you should request that the institution you last attended forward a final official transcript to the Admissions Office, F200. When the official transcript has arrived at Chicago State University, you may then make an appointment with an advisor in the Registrar's Office, F123, sometime after classes officially begin.

Prior to registration it is necessary for you to contact the academic advisor of the department in which you are seeking admission and make an appointment for course advisement. A list of the departmental academic advisors is enclosed for your convenience.

In order for you to have more information concerning the registration process, a University Schedule of Classes will be mailed to you. To facilitate your first registration at the University review the registration information carefully. Please refer to the registration schedule that appears on the reverse side of this letter for the time and date of your registration.

A medical report form is enclosed with this acceptance letter. The medical report should be completed by your physician and returned to the University's Health Center, F131, as soon as possible.

May I extend my congratulations on your admission to Chicago State University and wish you well in your academic program. Please return the enclosed post card indicating your acceptance of admission to the University.

Sincerely yours,

*(signature)*
James G. Pappas
Director of Admissions

Certified True Copy
Certified by: Jamar C. Orr

*[signature]*

Associate General Counsel
Office of Legal Affairs
Chicago State University
9501 S. King Drive
Chicago, IL 60628
6/28/23

## ChicagoStateUniversity

ACADEMIC SERVICES
OFFICE OF EVALUATION AND ADVISEMENT

### CONTRACT OF COURSE REQUIREMENTS TO BE COMPLETED

Date: July 21, 1978
Name: Bella A. Tarola *(best reading)*

Major: Accounting (Acct) BS
Soc. Sec. No.: 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 *(best reading)*

| Courses To Be Completed (Include Dept. and Course No.) | Cr. Hrs. To Be Completed | Courses To Be Completed (Include Dept. and Course No.) | Cr. Hrs. To Be Completed |
|---|---|---|---|
| **Basic Communications** | | **Basic Communications** | |
| English 127 | ~~~~ | English 279 | ~~~~ |
| English 128 | 3 | Speech 123 or 203 or 272 | ~~~~ |
| **Economics** | | **Major Requirements** | yes |
| Economics 101 | ~~~~ | Bus. and Admin. 101 | ~~~~ |
| Economics 102 | ~~~~ | Bus. and Admin. 102 | *(completed)* |
| Economics 201 or 206 or 207 | 3 | Bus. and Admin. 110 | ~~~~ |
| **Social and Natural Sciences** | | Bus. and Admin. 111 | ~~~~ |
| Political Science | ~~~~ | Bus. and Admin. 136 | ~~~~ |
| Gen. Psychology | ~~~~ | Bus. and Admin. 225 | 3 |
| Gen. Soc. or ... | ~~~~ | Econ. (B&A) 230 | 3 |
| Biology 13 | ~~~~ | Bus. and Admin. 250 | ~~~~ |
| ...  | 3 | Bus. and Admin. 265 | ~~~~ |
| | | Bus. and Admin. 275 | ~~~~ |
| **Professional Concentration** | | Bus. and Admin. 290 or 291 | ~~~~ |
| BEA 212 Cost Acct | ~~~~ | Bus. and Admin. 308 or 309 | 3 |
| 213 Intermediate I | ~~~~ | **Mathematics** | |
| 214 Intermediate II | ~~~~ | Mathematics 151 | ~~~~ |
| 293 Tax | 3 | Mathematics 152 | ~~~~ |
| 316 Govt. Acct. | ~~~~ | Mathematics 209 | 3 |
| 317 Auditing | 3 | Mathematics 214 | 3 |
| Upp. Div. Elect. in B&A | 3 | **Humanities - Fine Arts Electives** | |
| **Electives** | | Humanities 1 | ~~~~ |
| Bus. Laws 291 | 3 | | |

**QUALIFYING EXAMINATIONS**
ENGLISH: *passed 7h Ex*
MATH: *passed*
READING: *passed*

Total Hours Accepted By The Evaluations Office: 73
Total Hours To Be Completed: 42

Constitution Examination: [X] Completed [ ] To Be Completed

Faculty Advisor (Signature): *[signature]*
Department Chairperson (Signature): *[signature]*
Divisional Coordinator of Academic Evaluation and Advisement (Signature): *[signature]* 8-2-78
Student (Signature): *[signature]*

When completed, return this Document intact to the appropriate Divisional Coordinator in the Office of Evaluation and Advisement, Room F128.    White Copy - Evaluations Office    Yellow Copy - Advisor    Pink Copy - Student    OP 2694 6-73 5000