# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                        Plaintiff,

v.

Chicago State University

                        Defendant.

Case No.: 1:23−cv−05099
Honorable Nancy L. Maldonado

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: If Respondent Chicago State University objects to the scope of Petitioner Abubakar's subpoenas for documents and for a deposition under Federal Rule of Civil Procedure 30(b)(6), as originally issued [1−1] [1−2] or as modified [22−1] 22−3], it should do so by 12:00 p.m. (noon) on 9/12/23 rather than reserve those objections. See Respondent Chicago State University's Response to Application [20] at 2. This matter is set for hearing in−person at 10:00 a.m. on 9/15/23 in Courtroom 1386. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.