# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                 Plaintiff,

v.

                 Case No.: 1:23−cv−05099

                 Honorable Nancy L. Maldonado

Chicago State University

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2023:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Upon further reflection, in light of the exigent circumstances presented by the Application [1] and to account for the possibility of any appeal of the Court's ruling, the Court modifies its Order [25] as follows: If Respondent Chicago State University objects to the scope of Petitioner Abubakar's subpoenas for documents and for a deposition under Federal Rule of Civil Procedure 30(b)(6), as originally issued [1−1] [1−2] or as modified [22−1] [22−3], it should file any objections by 5:00 p.m. on 9/11/23 rather than reserve those objections until a later date. See Respondent Chicago State University's Response to Application 20 at 2. This matter is set for hearing in−person on 9/12/23 at 1:30 p.m. in Courtroom 1386. If out of town counsel want to appear by telephone, they should contact the Court's courtroom deputy. The Court's preference, however, is for counsel who will be speaking at the hearing to appear in person. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.