THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re* Application of ) <br> ATIKU ABUBAKAR ) <br> ) <br> ) <br> ) <br> For an Order Directing Discovery from ) <br> CHICAGO STATE UNIVERSITY Pursuant to ) <br> 28 U.S.C. § 1782. ) <br> ) | Case No. 1:23-cv-5099 <br><br> Honorable Nancy L. Maldonado <br><br> Magistrate Judge Jeffrey T. Gilbert |

**APPLICANT ABUBAKAR'S RESPONSE TO**
**INTERVENOR BOLA A. TINUBU'S**
<u>**MOTION FOR LEAVE TO FILE SUR-RESPONSE**</u>

DECHERT LLP
Angela M. Liu
35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 646-5800
Facsimile: (312) 646-5858
angela.liu@dechert.com

Andrew J. Levander*
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

Alexandre de Gramont*
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3333
alex.degramont@dechert.com

* *Pro hac vice* admitted

*Attorneys for Applicant Atiku Abubakar*

Applicant Atiku Abubakar ("Abubakar" or "Applicant") respectfully submits this short response to the motion by Intervenor Bola Ahmed Tinubu ("Tinubu") for leave to file a sur-response, Dkt. 27 (the "Motion for Leave"). Although Abubakar disputes the assertions made by Tinubu in his Motion for Leave and accompanying sur-response, Abubakar consents to Tinubu's submission of the sur-response and its accompanying exhibit, Dkt. 27-1, on the assumption that the Court will allow his counsel to respond to the arguments and assertions made therein at the hearing before the Court scheduled for tomorrow (September 12, 2023).

Dated: Chicago, Illinois
September 11, 2023

By: /s/ *Angela M. Liu*

DECHERT LLP
Angela M. Liu
35 West Wacker Dr.
Suite 3400
Chicago, Illinois 60601
Telephone: (312) 646-5800
Facsimile: (312) 646-5858
angela.liu@dechert.com

Andrew J. Levander*
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
andrew.levander@dechert.com

Alexandre de Gramont*
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3333
alex.degramont@dechert.com

**pro hac vice admitted*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2023, the foregoing was served on all counsel of record via CM/ECF.

/s/ *Angela M. Liu*
Angela M. Liu

DECHERT LLP
Angela M. Liu
35 West Wacker Drive, Suite 3400,
Chicago, IL 60601
(312) 646-5816
angela.liu@dechert.com

*Attorney for Applicant Atiku Abubakar*

- 2 -