**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Atiku Abubakar
                        Plaintiff,

v.                                                   Case No.: 1:23−cv−05099
                                                                    Honorable Nancy L. Maldonado

Chicago State University
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 11, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Intervenor Bola A. Tinubu's Motion for Leave to File Sur−Response [27] is granted. Intervenor shall file the sur−response and exhibits attached as ECF Nos. 27−1 and 27−2 as a separate CM/ECF docket entries. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.