

| | |
|---|---|
| **From:** | Pilar Hernandez |
| **To:** | Brenda Rinozzi |
| **Cc:** | Gwendolyn Griffin |
| **Subject:** | Atiku Abubakar V. Chicago State University (1:23-cv-05099) |
| **Date:** | Monday, September 11, 2023 1:42:58 PM |

**CAUTION - EXTERNAL:**

Hello Ms. Rinozzi,

I am contacting you on behalf of Attorney Victor P. Henderson and Attorney Christopher Carmichael.
On September 12, 2023 they have a hearing scheduled at 1:30 P.M.
They are requesting to move the hearing , if possible, to Wednesday September 13,2023 or as soon thereafter.

Thank You , Have a great day .

**Pilar Hernandez** | henderson**PARKS**

**Intake Coordinator**
140 South Dearborn Street, Suite 1020| Chicago IL 60603
Phone 312.262.2900 | Fax 312.262.2901 | Direct Line 312.262.2907
phernandez@henderson-parks.com
https://henderson-parks.com/

**NOTICE:** This e-mail is from a law firm, Henderson Parks, LLC, and is intended solely for the use of the individual(s) to whom it is addressed.  If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else.  If you are not an existing client of Henderson Parks, do not construe anything in this e-mail to make you a client and do not disclose anything to Henderson Parks in reply that you expect to be held in confidence.  If you properly received this e-mail as a client, co-counsel or retained expert of Henderson Parks, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.