# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                Plaintiff,

v.                                         Case No.: 1:23−cv−05099
                                                  Honorable Nancy L. Maldonado

Chicago State University

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 11, 2023:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court received an email from the offices of Henderson Parks, counsel for Intervenor Tinubu, asking that tomorrow's hearing in this case be stricken and moved to 9/13/23. The Court docketed that email on the CM/ECF system [30]. Construing that email as a motion, the motion is denied. The email was not copied to any other counsel of record nor was it filed of record. Nor does it appear that any other counsel of record was consulted about moving tomorrow's hearing. For the avoidance of doubt, no counsel (or counsel's staff; the Henderson Parks email was not authored by a lawyer) should email the court without copying all other counsel of record in this case. In addition, court action always should be requested by motion, not by email. In any event, the Court cannot accommodate a hearing on 9/13/23 in this matter. At the Court's instance, however, the hearing set for 9/12/23 is reset to 2:30 p.m. in an attempt to accommodate Intervenor's counsel's schedule. This is a change in time only. The Court has some questions for the parties about the materials filed in support of and in opposition to the Application including materials filed today. The Court either will hear the Applicant's sur−reply to Intervenor Tinubu's Sur−Response [27−1] [27−2] filed today, or set a date for a written sur−reply to the sur−response. Out of town counsel may appear at the hearing on 9/12/23 by using the following number: Dial 650−479−3207, access code 180 946 2499#. Press # to bypass the Attendee ID number. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.