**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Atiku Abubakar
                               Plaintiff,

v.                                                   Case No.: 1:23−cv−05099
                                                       Honorable Nancy L. Maldonado

Chicago State University
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At the request of all counsel, the hearing set for 9/12/23 is reset to 1:30 p.m. This is a change in time only. Out of town counsel may appear at the hearing by using the following number: Dial 650−479−3207, access code 180 946 2499#. Press # to bypass the Attendee ID number. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.