# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                        Plaintiff,

v.                                                       Case No.: 1:23−cv−05099
                                                         Honorable Nancy L. Maldonado

Chicago State University

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Hearing held on 9/12/23. Atiku Abubakar's Application Pursuant to 28 U.S.C. § 1782 For An Order Directing Discovery From Chicago State University For Use in a Foreign Proceeding [1] is taken under advisement for the reasons stated on the record. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.