**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Atiku Abubakar

       Plaintiff,

v.              Case No.: 1:23−cv−05099
              Honorable Nancy L. Maldonado

Chicago State University

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2023:

   MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held via WebEx video conference. For the reasons stated on the record, the Court grants in part Intervenor's motion [41]. The Court stays all deadlines in Magistrate Judge Gilbert's Order [40] pending this Court's ruling on Intervenor's forthcoming objections pursuant to Fed. R. Civ. P. 72. As to Intervenor's arguments regarding the appropriate standard of review for Magistrate Judge Gilbert's Order, the Court will dicide that issue when ruling on Intervenor's forthcoming objections. As discussed on the record, Intervenor will file his Objections by 9:00 a.m. Central time on 9/25/23. Petitioner may respond by 11:59 p.m. Central time on 9/27/23. Intervenor may file a reply by 11:59 p.m. Central time on 9/28/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.