# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

*In re* Application of ) 
ATIKU ABUBAKAR ) No. 1:23-cv-5099
 )
 )
 )
 )
For an Order Directing Discovery from )
CHICAGO STATE UNIVERSITY Pursuant to )
28 U.S.C. § 1782. )
 )

I, OLAJIDE ADENIJI, after having been first duly sworn upon oath, do hereby state that I am over 21 years of age, that I have personal knowledge of the facts stated herein, and could competently testify thereto if called upon to do so:

1. I attended Chicago State University, Chicago, Illinois from 1977 to 1979 when I graduated with a degree in Business Administration/Accounting in 1979.

2. I am familiar with Bola Ahmed Tinubu, who is now the President of Nigeria.

3. I was a student at Chicago State University from 1977 to 1979 and Bola Tinubu and I were in the same course of study.

4. I also ran in a closely-contested race against and Bola Tinubu for the Leadership of Accounting Society Club of the Department of Business Administration/Accounting.

5. I recognize and know that the person who I attended Chicago State University with, Bola A. Tinubu, is the same person who is now the President of Nigeria.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September **23**, 2023.

9/23/23

OLAJIDE ADENIJI

Ezewuchi F. Amaefule
Notary Public, Baltimore County MD
My Commission Expires 3/28/25