# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                    Plaintiff,

v.                                     Case No.: 1:23−cv−05099
                                                Honorable Nancy L. Maldonado

Chicago State University

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

       MINUTE entry before the Honorable Nancy L. Maldonado: Motions for leave to appear pro hac vice by Tamer Mallat [46], Taylor Jaszewski [47] and Tooba Hussain 48] are granted.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.