# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atiku Abubakar

                            Plaintiff,

v.                                          Case No.: 1:23−cv−05099
                                            Honorable Nancy L. Maldonado

Chicago State University

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Briefing on Intervenor's objections to Judge Gilbert's order [40] is now complete. The Court will endeavor to issue a written ruling as soon as possible. Separately, the Court notes that Court staff has received extensive email communications from members of the public related to this case. The Court understands the significant public interest in this dispute, but the Court will not consider any third−party or ex parte submissions. Rather, the Court's review will be limited to the parties' briefing and the official record on the docket. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.