UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Atiku Abubakar

                Plaintiff,

v.                                              Case No.: 1:23−cv−05099
                                                          Honorable Nancy L. Maldonado

Chicago State University

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, September 30, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: For the reasons stated in the Court's accompanying Memorandum Opinion and Order, the Court overrules President Tinubu's objections [44] and adopts Judge Gilbert's recommended decision [40] in full. The Court therefore grants Mr. Abubakar's application under 28 U.S.C. § 1782. [1]. In reaching this conclusion, the Court emphasizes that it is expressing no view on the merits of Mr. Abubakar's underlying claims regarding President Tinubu or his graduation from CSU, or on the validity of the Nigerian election. Nor is the Court taking any position on what any of the documents or testimony from CSU may or may not ultimately show. The Court simply finds, on the narrow question before it, that Mr. Abubakar is entitled to the production of documents and testimony that he seeks from CSU. Respondent CSU is directed to produce all relevant and non−privileged documents in response to Requests for Production Nos. 1 through 4 (as narrowed by Judge Gilbert and adopted by the District Court in its opinion) in Mr. Abubakar's subpoena, by 12:00 p.m. (noon) CDT, on Monday, October 2, 2023. The Rule 30(b)(6) deposition of CSU's corporate designee must be completed by 5:00 p.m. CDT on Tuesday, October 3, 2023. Given the October 5, 2023 filing deadline before the Supreme Court of Nigeria, the Court will not extend or modify these deadlines. Further, the Court notes that at the recent emergency hearing, the possibility of a stay pending an appeal to the Seventh Circuit Court of Appeals was raised. The Court cautions President Tinubu that any request for a stay before this Court will be denied, as the Court finds any stay impracticable in light of the fast approaching Supreme Court of Nigeria deadlines. President Tinubu is, of course, free to request a stay directly from the Seventh Circuit should he file any appeal. Judgment is entered in favor of Atiku Abubakar. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.