IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Atiku Abubakar,
Petitioner,

v.

Chicago State University,
Respondent

Bola A. Tinubu
Intervenor

Case No. 23-cv-5099
Judge Nancy L. Maldonado

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Atiku Abubakar on his Application for an Order Directing Discovery from Chicago State University pursuant to 28 U.S.C. 1782.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Nancy L. Maldonado on a motion/order adopting a Magistrate Judge's Report and Recomendation pursuant to Fed.R.Civ. P. 72.

Date:  9/30/2023                           Thomas G. Bruton, Clerk of Court

                                           Carmen Acevedo , Deputy Clerk